# EXHIBIT 1

**DECLARATION OF SOREN ALDACO**
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old, a woman, and live in Austin, Texas.

2. I was born in 2002 and grew up in Dallas, Texas. In middle school I lived with my mother and step-father, who was disabled and needed me to help him around the house. I did not go outside much and spent a lot of time online.

3. I first learned about cross-sex identity when I was approximately 11 years old, around 2012–2014, through online interactions on Nintendo devices.

4. This was a difficult time for me. I had trouble fitting in with my classmates and I went through puberty before most of them, which led me to feel self-conscious about my body. This discomfort was reinforced by exposure to social media and online pornography.

5. I liked the idea of being male. It seemed to offer an escape from the social challenges I faced at school, and it made sense to me because I enjoyed "masculine" hobbies like video games. I began using male avatars and going by male names online. Soon I also started binding my breasts some of the time, meaning that I created the appearance of a flat chest by wearing binders I bought online. Binders are rigid, restrictive garments shaped approximately like sports bras, with clasps on the side.

**A Psychiatrist Validated My Online Identity**

6. In December 2017, at age 15, I met my biological father for the first time. This caused additional emotional stress. The next month, these stressors culminated in a psychiatric episode. I was admitted to an inpatient psychiatric facility in Fort Worth, Texas.

7. While I was hospitalized a psychiatrist repeatedly questioned me about whether I identified as male. This was the first time a healthcare provider talked to me about my "gender identity." Before, being male had been a diffuse notion. But now it felt like something central to my well-being because a doctor was "affirming" it.

8.  The psychiatrist did not meaningfully address my mental health conditions or help me deal with my complex family situation.

9.  After my hospitalization, in the summer of 2018, I attended the Duke University Talent Identification Program, which was a summer camp for gifted teenagers. The adults in charge affirmed my male identity. I was housed with girls but otherwise treated socially as a boy. Nobody at the camp told my family about this, as far as I know.

10. I began spending weekends with my father, his wife, and their daughter (my younger half-sister). They supported me in identifying as male. Later in 2018, they began taking me to a support group called Transcendence International in the Dallas–Fort Worth, Texas area. At the support group we talked about medical transition. I learned that the "standards of care" for treating cross-sex identity was medical transition and those standards came from an organization called "WPATH."

11. My father and stepmother attended a related support group for family members called Significant Others, Family, Friends, and Allies (SOFFA).

12. I was also seeing therapists during this time for issues including autism and ADHD. They mostly asked me questions about my male identity. They did not give me much counsel on my family dynamics or mental health issues.

13. I did not think of myself as male or female. But around most people I said I was male because it was easier to explain.

### A Man from the Support Group Prescribed Me Testosterone

14. Through SOFFA, my father and step-mother met a nurse practitioner named Del Scott Perry. He attended the group and identified as the father of a transgender (adult) child who sometimes attended my support group. I learned that he prescribed cross-sex hormones to several kids I had met there.

15. When I was 17, around January 2020, my step-mother took me to Perry's clinic. The appointment lasted about 30 minutes, during which I filled out paperwork on an iPad and he took my vitals. There were no mental health professionals involved. Perry did not ask

whether my step-mother had custody or medical decisionmaking authority over me (she did not).

16. I was not surprised that the appointment was perfunctory. In the support group I had learned that WPATH said medical transition was the only way to go for kids like me, and I understood WPATH to be the authority.

17. Perry prescribed me testosterone and an estrogen blocker and taught me how to inject the testosterone.

18. My mother's employer-sponsored Aetna health insurance covered the visit and drugs except for a $20 copay for the visit and a small amount for the drugs, which I paid. My step-mother took me to pick them up at CVS.

19. I did not ask my mother's permission or tell her about the prescriptions right away. We did not talk about it much when I did. I think she was not happy about me medically transitioning but had known for a while it was inevitable.

### Testosterone Impacted My Body and Mind

20. I injected myself with testosterone the same day it was prescribed, in the kitchen with my father, step-mother, and sister gathered around. Soon I felt euphoric and energetic.

21. I began a routine of injecting testosterone every Wednesday before my shift at Starbucks. I called it "shot day" and looked forward to it all week because of how great I felt, physically and mentally, after the shot.

22. By Tuesday every week I would feel lethargic, tired, and depressed.

23. I also experienced physical changes such as voice deepening and facial hair growth.

24. I developed multiple health complications while on testosterone, including headaches, gastrointestinal issues such as gastritis and acid reflux, dizziness, chronic fatigue, hot flashes, rashes, and joint pain throughout my body. I also experienced injection site reactions, including itching throughout the week, warmth, and the development of scar tissue.

25. Testosterone wreaked havoc on my genitals. Soon after starting it my clitoris grew and developed excruciating cysts. I needed minor surgery to remove them. The health insurance company originally denied coverage because my sex marker was male, so it did not make sense for me to have a clitoris. (The cysts came back. Then I learned to wear different underwear, which seemed to prevent the problem.) Over the next year or so I developed vaginal atrophy, which meant the area was dry and painful.

26. I suffered intense mood swings while I was on testosterone. Around the end of 2020, I attempted suicide by overdosing.

27. Perry responded to my health complaints by referring me to numerous specialists, including gynecologists, neurologists, cardiologists, rheumatologists, and others. Many providers treated symptoms without identifying a cause.

### I Paid a Surgeon to Remove My Breasts at 18

28. Beginning in my mid-to-late teenage years I wanted to have my breasts removed. In 2021, after turning 18, I pursued a double mastectomy.

29. I already had a therapist. I had told her about my suicidal ideation, both before and after using testosterone, and my history of being sexually abused. Now she affirmed my desire for surgery without question and wrote me a referral letter.

30. I contacted the Crane Clinic in Austin, Texas, paying approximately $200 for a phone consultation. During the consultation and preoperative process, I was asked what I wanted and was told the clinic could provide it. I was informed about insurance options, including attempting appeals, but my Aetna insurance denied coverage because it was out of network. I signed a self-pay agreement for approximately $5,500, and the clinic assisted with appeal efforts. The clinic staff told me that they regularly helped patients successfully challenge insurance denials.

31. Ultimately the appeal was unsuccessful.

32.  I saw that Crane billed my insurance over $20,000 for the surgery. Based on records I saw, I think Aetna paid Crane about $2,147.51. Then Crane refunded me $745.42. In total I paid Crane over $4,950.

33.  In June of 2021, Dr. Ashley DeLeon performed my double mastectomy.

34.  After surgery, I experienced severe complications, including extensive bruising across my chest and flanks, internal bleeding, swelling, and signs consistent with blood pooling. My concerns were initially dismissed by clinic staff, and my communications with the clinic resulted in delayed or inadequate responses.

35.  As my condition worsened, including experiencing warmth, fullness, and dark bruising in my chest, I sought emergency care. I drove myself to UT Southwestern Hospital's Dallas location. I remained there for approximately eight hours before receiving treatment, except for minimal care to stabilize my condition.

36.  The surgeon there who specialized in "transgender" operations refused to see me that day. But clinicians from the oncology practice took my case, and they were very attentive. They cut my scars open, broke up blood clots that had formed, and drained blood and fluid that had accumulated. One of the assistants told me that my surgery had not proceeded within medical standards for mastectomy.

37.  Following surgery, I required ongoing medical treatment, including additional procedures to address complications, scar tissue, and keloids (visible, overgrown scar tissue that extends beyond the original incision). I was mostly treated by breast oncology specialists; the "gender" surgeon only consulted on cosmetic issues.

### I Tried to Address My Health Problems

38.  After these experiences I became concerned with improving my health. I wanted to get to the bottom of all my health issues. A rheumatologist told me that my joint pain was likely related to testosterone use, which made me wonder how else it affected me.

39.  During this period, I was in a long-term relationship with another woman who identified as male. We began transitioning at approximately the same time and attended hormone

appointments together. We started dating when we were both around age 16, married a few years later in 2020, and divorced in 2021. I watched her mental health deteriorate over the years. In 2023 she assaulted me, then again in 2024. I now have a protective order against her.

40.    During the winter of 2021-22 I still felt uncomfortable with my body and calling myself female. But I now saw my male/nonbinary identity as a way of running away from the discomfort. I decided to stop avoiding my discomfort and instead confront it, like a form of exposure therapy. I stopped taking testosterone and started acknowledging to people that I was female.

41.    Some of my symptoms improved after stopping testosterone, although not all returned to baseline. I continue to experience ongoing health issues, including fatigue, joint pain, clitoral cysts, and a lot of pain and physical discomfort in my upper chest and shoulders. I also have nerve issues around my mastectomy scars. I get strong, weird sensations at the bottom of the scars.

42.    I moved out of my childhood home in January 2022 and began focusing on improving my health and relationships, including making dietary changes and engaging in practices such as mindfulness. I earned a bachelor's degree from the University of Texas, winning an award for my thesis on social media's role in identity formation. I now study educational psychology as a graduate student at UT.

43.    When I was transitioning, I believed that healthcare providers would only offer me treatments that were safe and effective. But in hindsight, I think the clinicians who prescribed me transition drugs and performed my mastectomy were just giving me whatever I asked for. I regret taking their prescriptions and undergoing mastectomy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2026.

_____
Soren Aldaco