# EXHIBIT 2

**DECLARATION OF CASSIDY ANDREWS**
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1.  I am over 18 years old and reside in Marblehead, Massachusetts.

2.  Online I sometimes use the alias "Claire Abernathy."

3.  I am a 21-year-old woman. From around the age of 12 to 17 I considered myself male, "gender fluid," or "nonbinary." The latter two terms mean neither male nor female, and I considered them to be subcategories of "transgender" identities.

4.  I was sexually abused by a family friend from around the age of 4 to 13, when my parents finally found out. At that time we were living near Dallas, Texas.

5.  I started menstruating at 9 years old, which was earlier than my peers and caused me distress.

6.  In middle school I felt afraid of becoming a woman and what that would mean, like being targeted by men and having a risk of becoming pregnant. I also felt self-conscious because I had large breasts. I wore G-cup bras by age 14.

7.  Cross-sex identity was part of my cultural understanding as far back as I can remember. For example, I knew that the reality star Jazz Jennings was a "transgender girl" with a male body who was a few years older than myself.

8.  Around age 11 I started researching alternative "gender identities" online. The idea of not being a girl appealed to me. In my mind, it meant being strong, not sexualized by men, and free of my breasts. I started compressing my breasts with binders (rigid, restrictive garments shaped like sports bras). I ordered them using gift cards for online stores like Amazon.

9. At 13 I told my parents I had a male "gender identity" and wanted to medically transition. They expressed skepticism, but they agreed to take me to a therapist to discuss it.

10. By this time I had developed anorexia. I hung out with a group of girls who would compete with each other over losing weight. Two of them identified as transgender before I did.

**A Psychologist Advised My Parents that I Was Transgender**

11. My parents took me to a therapist as they promised, Amiee Tanos. I told her I was a transgender boy and wanted to medically transition. My mother later told me that Tanos told her something like, "would you rather have a dead daughter or a trans son?"

12. Tanos referred me to GENECIS, a pediatric transition clinic in Dallas. I believe it was affiliated with UT Southwestern Medical Center.

13. Within a month, when I was still 13, my parents took me to see Dr. May Lau, an endocrinologist at GENECIS. She prescribed me Depo-Provera to suppress my period.

14. Dr. Lau said her colleague, a psychologist named Dr. Laura Kuper, could give me a diagnosis of "gender dysphoria" so that she (Lau) could prescribe testosterone.

15. In September 2018, when I was still 13 and in the 8th grade, I had an appointment with Dr. Kuper. She asked me a series of questions about my "gender." Her notes from that visit show that she filled out a checklist of seven items. Part of that document is attached as **Attachment 1**. The checklist included:

   - "A strong desire to be of the other gender (or some alternative gender different from one's assigned gender)." The "yes" box is checked.

- "A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender)." The "no" box is checked.

16. At the end of this appointment, Dr. Kuper told my parents I had "gender dysphoria" and the only treatment was medical transition to appear more masculine, meaning cross-sex hormones and surgery like double mastectomy.

17. My parents were skeptical. They asked Dr. Kuper if my distress with my body could be due to the sexual abuse I had experienced. Dr. Kuper said that was not possible because being sexually abused does not make a person transgender.

18. My parents asked Dr. Kuper how she knew that medical transition would help me. Dr. Kuper answered that WPATH recommended it. From the conversation, I understood WPATH to be an important medical organization.

19. Dr. Kuper told my parents that a large percentage of transgender kids try to kill themselves, but that number was greatly reduced if their parents "affirmed" them – meaning, if they consented to let doctors transition their child. This seemed to confirm what another therapist had previously said to my parents – that they could have a "dead daughter or a live son."

20. I had been cutting my wrists superficially. Dr. Kuper told my parents this was because I was transgender and they did not affirm me.

21. Dr. Kuper also told my parents that my eating disorder was due to being transgender.

22. I was in the room and heard Dr. Kuper say all this.

23. My told me later that she had expected Dr. Kuper to conclude I was not transgender. Dr. Kuper's conclusion that I was transgender surprised her. Since she saw Dr. Kuper as an

expert, and her advice was so dire, my mother then saw consenting to transition as a "no-brainer."

### An Endocrinologist Prescribed Me Testosterone at Age 14

24. Dr. Lau prescribed me testosterone in November 2018, a week after my 14th birthday.

25. I told Dr. Lau I was interested in freezing my eggs (I had learned about that from a transgender YouTuber). She told me that would not be necessary to preserve my fertility.

26. One of the first changes I noticed was to my voice. Previously I had won awards for singing in the school choir and performing in musical theater. But after I started taking testosterone, not only did my voice become deeper, but I could no longer project properly. I could not scream. If I spoke continuously for a while, like giving a speech, my throat strained and felt weak. I began having nightmares of being in danger and unable to scream for help.

27. The clinicians had told me testosterone would lower my voice, but they did not warn me about the negative side effects.

28. Within months of starting testosterone, my clitoris enlarged. While I was warned about that, no one told me it would now chafe painfully against my clothing. I had to carefully choose underwear and pants that would not aggravate the problem.

29. I continued taking testosterone for about two years. My parents told me they paid between $3,000 and $4,000 out of pocket for visits to Dr. Lau and testosterone, and the rest was covered by our insurance.

### I Pretended to Be Male at School

30. School officials knew about my medical transition and treated me like a boy. They let me use the boys' restroom and take athletics classes with boys. My classmates knew I was female. Most of the time, the boys seemed uncomfortable around me and would go easy on me in athletics class. (I am only five feet tall.) But once a group of them waited for me to be alone in the boys' locker room, cornered me, and taunted me in a sexually aggressive way.

31. I continued seeing Amiee Tanos during this time. Much of my conversations with her centered around being male and convincing other people I was male.

32. Throughout 8th grade, three more of my female friends adopted cross-sex identities.

**Doctors Removed My Breasts at Age 14**

33. I still felt self-conscious about my breasts. Now they were deformed from years of binding. I asked my parents for a mastectomy.

34. Three clinicians (Dr. Kuper, Dr. Lau, and Tanos) signed referral letters for me to receive a mastectomy from Dr. Alan Dulin, a surgeon affiliated with the American Institute for Plastic Surgery in Plano, Texas.

35. My parents were concerned, but Dr. Dulin's nurse assured my mother that the procedure would be easy for me because I was young. I was present for this conversation.

36. Dr. Dulin met me for about 15 minutes to discuss the procedure. Then he performed the mastectomy in June 2019, which was soon after I completed 8th grade. I was 14 years old.

37. My parents told me they paid $8,700 for my mastectomy.

38. Dr. Dulin's office did not show me the consent form (which describes risks and side effects) for mastectomy until the day of the surgery, after my parents had paid.

39. When I woke up from the surgery, I cried. It was hard to articulate why. Soon I had the realization that nothing had changed – I was not a boy and I had the same problems as before.

40. Recovering from the surgery was difficult. I was in a lot of pain at first and could not go out much for weeks.

41. I experienced complications from the surgery. My body rejected the nipple grafts, meaning they turned black and flaked off. Fluid built up behind them after my three-week follow-up appointment. I sent Dr. Dulin's office a message about this and they did not respond. The area was covered in sores. It looked gruesome and felt painful.

42. At the three-month follow-up appointment, Dr. Dulin made a face and said, "your nipples didn't do very well." He suggested that he could remove the grafts, leave the area smooth, and then tattoo nipples. I did not take that option.

43. To this day, I have strange and uncomfortable sensations in my chest. Around the scars, I feel an electrical sensation. When my boyfriend touches my chest, I feel pressure but I cannot say exactly where it is. In general I feel a vague pain in the area that I cannot locate. I do not have the erogenous sensation that other women describe having. I understand these issues to be caused by the mastectomy.

### I Stopped Thinking of Myself as a Boy

44. In high school I started to think of myself more as nonbinary or genderfluid than male.

45. Around age 16 I stopped taking testosterone for a few reasons. First, I read that using it for four years could cause infertility – I knew I wanted to bear children. I read about that online; I did not hear it from my doctors. Second, I felt uncomfortable with the changes to my voice and body hair. Third, I researched online and found out my clinicians had

misled me. Medical transition is not the only treatment for girls like me who feel uncomfortable in their bodies.

46. At 17 I developed a crush on a classmate. I realized I wanted him to see me as a girl.

47. I moved with my family to another state during junior year of high school, in 2021. That helped me start over without a male identity. But it was still hard for me to explain myself to my parents because I did not want them to feel they had made a mistake. I knew how painful regret could be because that is how I felt.

48. Today I am a 21-year-old woman. I am studying for a career in child psychology. I hope to be a mother one day. I understand that if I carry a child, I will not be able to nurse him or her because of my mastectomy.

49. None of the clinicians, including Dr. Dulin, ever advised me that mastectomy would take away my ability to breastfeed in the future.

50. I underwent breast reconstruction surgery. The process began when I was 18.

51. I suffer from pelvic floor dysfunction and urinary incontinence. If my bladder becomes full, I experience intense pain. Sometimes I bleed from my urethra. Sometimes I lose control of my bladder entirely. There have been periods of my life when I had to wear adult diapers because of these urological issues. I did not have them before I started using testosterone, and I believe that is the cause. The clinicians did not advise me about any of these pelvic issues besides vaginal dryness.

52. My clitoris is still enlarged, and I still experience clitoral chafing. The pain has not subsided since stopping testosterone five years ago. I structure my wardrobe, movement, and daily life around avoiding genital discomfort. I understand that my only alternative would be an invasive corrective surgery that carries the risk of permanently destroying

sexual sensation in my clitoris. The clinicians did not warn me that clitoral growth could cause pain and discomfort.

53. I experienced vaginal atrophy while using testosterone, which means my vaginal walls thinned and my vagina lacked lubrication. I still suffer the consequences. Gynecological exams typically leave me injured and bleeding. Penetrative sex sometimes tears my vagina.

54. I now regret using testosterone and undergoing mastectomy. I feel that clinicians like Dr. Kuper and Dr. Lau misled my family and me by presenting medical transition as the only option to treat my distress and not warning me about many of the risks and side effects.

55. I share my story because I want families to understand the realities of medical transition for children so they can make more informed decisions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2026.

Cassidy Andrews (Jun 9, 2026 16:19:41 EDT)
Cassidy Andrews

# Attachment 1

children'shealth

DALLAS
1935 Medical District Drive
Dallas TX 75235

Visit date: 9/6/2018

Legal Sex: M

**09/06/2018 - Clinical Support in Dallas Endocrinology (continued)**

**Provider Notes (continued)**

A. *A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:*

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics). ☒ Yes ☐ No
2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics). ☒ Yes ☐ No
3. A strong desire for the primary and/or secondary sex characteristics of the other gender.
4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender). ☒ Yes ☐ No
5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender). ☒ Yes ☐ No
6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender). ☐ Yes ☒ No

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning. ☒ Yes ☐ No

Criteria met: ☒ Yes ☐ No

| Learning/Education | |
|---|---|
| Barriers to Learning | None |
| Preferred Learning Method | Reading, Listening |
| Patient Education Provided | Yes |
| Provided verbal communication to patient and mother on the following: | Explanation of the plan for care, treatment, and services<br>Basic health practices and safety<br>Safety plan |
| Response to education: | Patient and parents repeated information back in own words and acknowledged understanding. |

**Informed Consent**
This clinician introduced herself, discussed her role as psychologist in the GENECIS program, and provided her name and contact information.

Discussed informed consent, limits of confidentiality, and record keeping with patient and mother. Patient and mother verbally expressed understanding regarding psychological services and mother provided written consent. A copy of the consent form for counseling and psychological services was placed in medical record. Provided the opportunity for patient and parents to ask questions.

I have communicated these findings directly with GENECIS team, patient, and parents and have formulated my plan and recommendations collaboratively with the GENECIS team. Please do not hesitate to contact me with questions or concerns or at the patient's request.

**Laura Kuper, Ph.D.**
**Licensed Psychologist**
**Telephone:**

Electronically signed by Laura Elizabeth Kuper, PhD at 9/10/2018 10:29 AM