# EXHIBIT 4

**DECLARATION OF CAROLINE MILLER**
**Pursuant to 28 U.S.C. § 1746**

I, CAROLINE MILLER, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in Festus, Missouri.

2. My son Lucas had a normal childhood. Growing up, he was interested in typical toys like Thomas the tank engine. He was an independent and creative child, and we had a good relationship.

3. Lucas is a performer. He likes to be the star of the show, and he liked being in theater at school. He also went through a period in middle school where he would frequently go to the nurse and complain of feeling dizzy or lightheaded. We took him to the neurologist who thought that he might have POTS, but the neurologist ultimately did not find anything wrong. Lucas was never diagnosed with depression or anxiety as a child.

4. In June 2020, Lucas was 13. Lucas told me that he was bisexual and that he hoped that I would still love and accept him. He asked me not to tell his father because he was not ready. I appreciated that Lucas chose to confide in me, and I was accepting and supportive. I told Lucas that I still love him, and that I would keep what he told me in confidence for as long as he needed. Lucas began wearing male clothing but with a more feminine aspect. I supported him in that. He also came home from a sleepover with girls with makeup on his face. The only thing that bothered me about that was that the makeup was applied badly. If he was going to wear makeup, I thought that he should have a more neutral look.

1

5. Without my knowledge, Lucas' father, my ex-husband, began taking Lucas to Children's Hospital St. Louis Gender Center for gender-related counseling, even though Lucas only identified as bisexual. He saw a psychologist named Sarah Girresch-Ward. I discovered this in the Fall of 2020.

6. My divorce decree with my ex-husband gave each of us equal custody over Lucas. It also required both of us to consent to medical treatment.

7. Around Christmas 2020, Lucas sent me a screenshot of something that he wanted for Christmas. It was some type of pin that I recognized as relating to transgender identity. I was surprised because Lucas had not said anything about being transgender. Lucas then began asking to go by she/her pronouns and to be called Arianna. Lucas did not have a direct conversation with me about being transgender. Based on my observations, I inferred that my ex-husband, with whom Lucas was primarily staying, was going along with Lucas being transgender by calling him a female name and using female pronouns.

8. My ex-husband and Girresch-Ward invited me to a meeting along with Lucas in July 2021.

9. At this point, Lucas was 14 and was not identifying as trans. He identified as non-binary, preferred to be called Alex, and used they/them pronouns.

10. The meeting was about half an hour to forty-five minutes. At that meeting, my ex-husband suggested that Lucas go on puberty blockers and Girresch-Ward supported that. Girresch-Ward mentioned bone problems, osteoporosis, and a threat to fertility. Girresch-Ward did not mention anything about other side effects or that this was experimental treatment. Girresch-Ward also did not present any alternative treatments.

2

11. I expressed concerns about these side effects, and especially Lucas' ability to understand them and to make decisions about something as important as having children at 14. Girresch-Ward suggested that we could freeze Lucas' sperm. It did not sit well with me that we were discussing freezing my 14-year-old's sperm because he might become infertile.

12. I also expressed that I did not see the point of a puberty blocker because Lucas was identifying as non-binary, and that I would not consent to estrogen or other permanent changes before Lucas was an adult.

13. Girresch-Ward then told me that Lucas was trying to figure out his gender identity, and that children who are not allowed to express their gender identity are much more likely to commit suicide.

14. Girresch-Ward also promised that puberty would resume as normal if Lucas changed his mind.

15. It seemed like Girresch-Ward was trying to rush and pressure me into consenting to a puberty blocker. Lucas had not been in counseling long, and had already gone from bisexual, to transgender, to non-binary in less than one year. I thought that he was trying to find his identity, so I did not want to consent to any treatment that could cause permanent damage.

16. I did not consent to the puberty blocker and left the meeting. Both Lucas and my ex-husband were upset with me and treated me like I was a terrible person.

17. In September 2021, I got a call from Karen Hamon, a nurse, who wanted to revisit the puberty blocker. We spoke for 45 minutes to an hour. I asked if anyone had given Lucas psychological testing, whether this was part of his prior attention-seeking behavior, or

what other screening had been done. Hamon acknowledged my concerns but did not address them. Hamon also said that puberty would resume as normal if Lucas decided to stop the puberty blocker.

18. At this point, I was worried that Lucas would commit suicide, and that it would be because I did not consent to the puberty blocker. I felt like I was under duress. I also thought that if all a puberty blocker is doing is pausing puberty and giving Lucas time to figure things out, I should consent. A couple of hours later I sent an email consenting to the puberty blocker. My ex-husband took him in for the procedure and he had the blocker implanted. This all happened in September 2021.

19. My relationship with Lucas improved. He turned 15 in October and we had a rainbow-themed party, and I did his makeup for homecoming.

20. Going into November and December 2021, Lucas' mental health declined. He was diagnosed with anxiety and depression, and put on medication.

21. As 2022 began, Lucas' anxiety and depression worsened. He also started having problems at school.

22. Lucas had good grades in his Fall 2021 semester which ranged from B- to A. But in the Spring 2022 semester, Lucas got no As and his grades dropped in each of his classes. For example, he failed Spanish after getting a B in the Fall, and his Algebra I grade dropped from an A- to a C. This persisted even into the Fall 2022 semester as five of Lucas' seven grades were in the C or D range.

23. Lucas' attendance also suffered. In the Fall 2021 semester, Lucas was absent from school for 6 days. In Spring 2022, Lucas was absent for 21 days.

4

24. Lucas was a shell of himself. He couldn't even talk sometimes. Doctors gave him additional medications to try and help his mental health, but they did not seem to work.

25. In April 2022, my ex-husband informed me that Lucas had threatened to kill himself. Lucas had suicidal ideation before, but this time he had enough of a plan that he needed to be hospitalized. The hospital put him on more medications. Nobody acknowledged the role that the puberty blocker might be playing.

26. Because I did not think that the puberty blocker was doing what Girresch-Ward and Hamon promised, I revoked my consent in June 2022. But because it would take surgery to remove the blocker, and my ex-husband did not consent to the removal, the blocker stayed in.

27. On July 28, 2023, Lucas reached the end of the treatment period for his blocker. They took the blocker out.

28. Since having the blocker out, Lucas has been doing much better. He is now 19, and he earned his High School Equivalency Diploma through the HiSET exam. He was excited when his voice deepened, is dating, has a job, and is living a normal life. He scored a 32 on his ACT, which I'm very proud of. He still goes by Alex, but he does not care what pronouns anyone uses. I use he/him. He says that he doesn't want to think about the time in his life when he had the puberty blocker anymore. Lucas is in regular counseling now and that seems to help. My relationship with my ex-husband has also improved.

29. In March 2023, I read an article by Jaime Reed in The Free Press describing her experiences as a case manager at the Washington University Transgender Center at St. Louis Children's Hospital. Reed's whistleblower account inspired me to reach out to her. I wanted to talk to somebody who cared about what was happening to my family.

5

30. The Free Press interviewed me for an article about our experience. A journalist also interviewed Lucas for about an hour. The Free Press published that article on April 3, 2023, entitled "'I Felt Bullied': Mother of Child Treated at Transgender Center Speaks Out."

31. Two States, Missouri and Ohio, asked me to serve as a witness for them in defending their laws against gender medicine for minors. I agreed in both instances because I thought that sharing my family's experience would help the judges understand the issue.

32. Although Lucas doesn't always agree with my criticism of gender medicine, we now have a strong and close relationship. I'm proud of the young man he's become and grateful that he did not continue treatment by the Gender Center.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2026 _____.

Caroline Rose Miller (May 1, 2026 11:14:49 CDT)

Caroline Miller

6