# EXHIBIT 6

**DECLARATION OF CLEMENTINE BREEN**
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old, a woman, and reside in Los Angeles, California.

2. In sixth grade, when I was about 11 or 12 years old, I saw a counselor at school every other week. I was struggling with making friends and felt uncomfortable about starting puberty. I disliked growing body hair, but at the same time, I did not want to shave it because I just wanted to avoid dealing with my body. At approximately 5-foot-8, I felt self-conscious about my height. Other girls at my private school in Los Angeles wore tight and revealing outfits, like crop tops, but I preferred baggy clothing.

3. In hindsight, I think my anxiety and discomfort with my body were symptoms of trauma. I was sexually abused by a fifth-grade boy at school when I was in first grade. My counselor did not ask whether I had experienced anything like that, and I did not tell her.

4. By researching my feelings online, I came to believe that I had gender dysphoria and might be transgender. I reported that to my counselor, and she immediately echoed my belief that I was male. Eventually she told my parents what I had told her (without my permission).

5. My parents set up an appointment with the transition clinic at Children's Hospital Los Angeles. They told me at the time that they expected CHLA to determine I was not transgender since I had preferred "girl" clothing and toys as a child.

**Children's Hospital Los Angeles Told Me I Was a Boy**

6. At CHLA, in December of 2016, my parents and I met with Dr. Johanna Olson-Kennedy. I was 12. She acted very kind toward me.

1

7. First, I spoke with Dr. Olson-Kennedy privately. She asked me about my hobbies, interests, and friends. I told her I enjoyed video games and running track and my friends were mostly boys. She also asked my feelings about going through puberty. I told her the thought of growing breasts and having sex disgusted me. Dr. Olson-Kennedy told me that was typical for kids with gender dysphoria, and it meant I was probably a boy.

8. Dr. Olson-Kennedy explained to me that "transgender" people were born "in the wrong body." From what Dr. Olson-Kennedy told me I concluded that "transgender" people had to use medication to correct their body as much as possible. For many years after that conversation, I thought of myself as male – literally a boy or man.

9. Next, Dr. Olson-Kennedy met with parents and I waited outside. A few years later, they told me that she told them I was suicidal and firm in my male identity. Neither was true.

10. Next the four of us met together. My father looked upset. My mother was crying.

11. Dr. Olson-Kennedy spoke to my parents on my behalf, which I appreciated because I was feeling overwhelmed. She told them the only treatment for gender dysphoria was "affirming" me as male, which required hormone therapy. My parents asked if I could try talk therapy instead. Dr. Olson-Kennedy said no, that would not work. Her tone toward them was cold and confrontational.

12. Dr. Olson-Kennedy told us she could prescribe a puberty blocker. That would help me test out how I felt about medicalizing my male identity, give me a few years to think about my "gender," and put a "pause" on puberty. She did not explain how the drug would affect my body except for cosmetic issues, like stopping chest development and hair growth. She also said it would prevent me from getting a period (I had not started

menstruating yet). That was appealing to me because I felt anxious about becoming pregnant if I were ever assaulted again.

13. Dr. Olson-Kennedy never asked me about my past traumas or current home situation. In addition to my past trauma of sexual abuse, my home situation was stressful because my brother, who was about 19 at the time, was severely autistic and sometimes violent toward my parents and me.

14. My parents initially refused to consent to a puberty blocker. But after they had another appointment with Dr. Olson-Kennedy, they soon consented to Dr. Olsen-Kennedy administering a puberty blocker.

15. I had a Lupron puberty blocker implanted in my arm in November or December of 2016, when I was still 12. The procedure took less than thirty minutes and involved a topical numbing agent.

16. After the blocker was implanted, I felt sluggish and experienced brain fog. I could not concentrate and was a poor student. A few times a week I'd experience a hot flash of about 15 minutes. Sometimes a hot flash would wake me up at night.

**Testosterone Made Me Confident and Popular**

17. In September of 2017, when I was 13, Dr. Olson-Kennedy suggested I should use testosterone to stay "on track" with my male peers. I felt hesitant at first, but then I agreed because she said starting testosterone now would make it easier to pass as "cis male" later in life.

18. Dr. Olson-Kennedy prescribed me testosterone in January of 2018, when I was still 13 and in the seventh grade. The puberty blocker remained in my arm.

19. At first I was scared to handle the injections myself. I got the hang of it but still hated the routine.

20. I felt great when I started testosterone. Before, I had never fit in at my private school in Los Angeles. But when I started identifying as male and appearing more masculine, I joined the popular crowd. My classmates knew I was transgender and almost all seemed to approve. The same baggy clothes that had made me stick out as a girl now made me fit in as a boy.

21. My personality changed after starting testosterone. Before, I had been a big reader and very polite. Now I was a horrible student and joined the popular kids in bullying outcasts. I especially picked on a classmate who did not believe in the idea of "gender identity" determining sex. I would call him out in class for his views, make fun of him, and get people to laugh at him. I felt like I was entitled to be cruel to him because he did not believe I was a boy.

22. I experienced wild mood swings while on testosterone. Once in tenth grade I screamed at a classmate so viciously that she sobbed. The teachers ordered me to apologize and I refused. She had just bumped into me by accident, and I reacted by unleashing a torrent of insults at her.

23. Soon after starting on testosterone I developed painful acne all over much of my body, including my back, face, and chest.

24. My vagina became dry and painful. I had to quit track and cross country in ninth grade because of the pain.

25. Dr. Olson-Kennedy had mentioned the risk of vaginal atrophy when she first prescribed testosterone, but I did not know what "atrophy" meant at the time.

**My Therapist Called My Parents "Transphobic"**

26. After my parents agreed to the blocker, Dr. Olson-Kennedy referred me to a therapist, Susan Landon. Dr. Olson-Kennedy and Landon jointly ran a support group for transgender youth and their families that I attended.

27. Around age 12 to 14 I would complain to Landon that my parents did not fully support my transition because they did not consistently refer to me as male and my father would tell me I could change my mind about blockers and hormones any time.

28. Landon agreed with me that my parents were "transphobic." I thought they hated me for being transgender.

29. I saw Dr. Olson-Kennedy for short visits every few months. She also agreed with me that my parents were transphobic.

30. In eighth grade, when I was 14, I participated in musical theater. An upperclassman in the cast began pursuing me. At first I wanted to be friends with him, but then he began stalking me and coercing me into sex. If I was not willing to perform an act, he would slam my face into a wall or punch me in the stomach. This went on for several months. Sometimes it happened in the boys' bathroom or changing room, which I had to use because of my male identity.

31. I told Landon about this abusive relationship as it was ongoing. She did not give me any useful advice or report the assaults. At our sessions, we mostly talked about my transition.

32. I felt that I had been victimized because I was female, and the solution was to push ahead in my transition. By mid-way through eighth grade I felt like, *I need to have top surgery right NOW.*

33. Landon signed a referral letter so that I could receive a double mastectomy that spring, before eighth grade graduation. She did not ask any probing questions about why I wanted one.

**A Surgeon Removed My Breasts While I Recovered from Sexual Assault at 14**

34. Dr. Olson-Kennedy recommended that I seek surgery from Dr. Scott Mosser at the Gender Confirmation Center in San Francisco. That was far from my home in Los Angeles, but she said he was "the best" and that he had experience performing surgery on kids who were taking puberty blockers.

35. Dr. Olson-Kennedy and Landon provided referral letters for me which said their "[d]iagnoses and treatment were conducted in accord with the standards of the World Professional Association for Transgender Health (WPATH)."

36. Dr. Mosser did not ask me questions about my mental health or why I wanted the surgery.

37. I found out later that my parents paid out of pocket for the surgery, about $15,000 or $20,000. They told me they paid because Dr. Olson-Kennedy had said I might kill myself otherwise.

38. On May 14, 2019, at St. Francis Memorial Hospital, Dr. Mosser and his colleagues put me under anesthesia and amputated my breasts. I was 14 years old and in the eighth grade.

39. Going into surgery I felt emotionally numb. Dr. Olson-Kennedy and Landon assured me it would be easy. I did not research the surgery myself.

40. When I woke up from anesthesia, I felt like I had been hit by a truck. My chest ached despite the opioids I had been given. The hospital sent me home that day.

41. The first five weeks after surgery were brutal. I could hardly move my arms. I missed a lot of school and could not enjoy my eighth-grade graduation because of the pain and discomfort.

**In Ninth Grade I Became Psychotic**

42. For years leading up to the mastectomy I had trouble sleeping. Afterward, it got worse. I could barely sleep at all and felt restless all the time.

43. As ninth grade started, I was still hanging out with the popular kids and being treated like a boy. But I felt uncomfortable using the boys' bathroom. I felt distracted by little things in the corner of my eye, like people watching me. I started believing that people were stalking me. I would feel a bug crawling on my skin, then realize there was nothing there. I had panic attacks. For the first time, I began contemplating suicide.

44. It felt like there was something inside me that I could not get out. I began cutting myself.

45. I told Dr. Olson-Kennedy about these new mental problems during an appointment at her office with my parents. She advised my parents to bring me to a psychiatrist. My parents asked her whether testosterone could be causing the deterioration in my mental state. She dismissed their concerns.

46. My parents brought me to a psychiatrist. He prescribed Zoloft but my symptoms continued. In January I reported to the psychiatrist that I was hallucinating "small people" and "spiders" and experiencing migraines.

47. In February of 2020 I visited Dr. Olson-Kennedy. She described my psychiatric condition as "Appropriate mood and affect, Cooperative, Normal Judgment."

48. Soon afterward, the covid-19 pandemic began. I attended school virtually and did not leave my neighborhood much.

49. In March of 2020, I experienced intense delusions that my parents were demonic forces set against me. I would spend all night pacing up and down my street. I chain smoked, cut myself, and picked the scabs. I was tormented by hallucinations of shadow people, bugs, and distorted human faces.

50. In the summer of 2020 my father found me after I had slit my wrists in the bathroom. My psychiatrist prescribed me various anti-psychotic medications after this, which slowly began to improve my mental health.

51. Throughout this period of psychosis, Dr. Olson-Kennedy continued prescribing me testosterone. In fact, she increased my dose.

**I Became Skeptical that I Was Male**

52. I finally stopped hallucinating and feeling paranoid in 2022, when I was 17. By that fall, when I was a senior, I came off the anti-psychotic medications.

53. Around this time, Dr. Olson-Kennedy advised me that I should get a hysterectomy to affirm my male gender. My instant reaction was *NO, ABSOLUTELY NOT!* It seemed crazy to take organs out. She continued to advocate that I should get a hysterectomy. This conversation led me to find a new gender specialist because I felt uncomfortable with Dr. Olson-Kennedy.

54. I felt relieved to be off the anti-psychotic medications – which had strong side effects and made me feel numb – and this led me to question whether taking testosterone was worth the harm it did to my body. I asked myself, can I heal without T? What am I even healing?

55. The next year, as a freshman in UCLA's arts program, I started tapering off testosterone without consulting a doctor.

8

56. As I used less testosterone, I started to feel a lot better. I became less angry and intense. My acne diminished. I also got my period for the first time. I did not know what was happening and felt horrified.

57. That same year, I began talking to a therapist for the first time about being sexually abused as a child. I realized that experience had made me feel weak, like being a girl made me vulnerable, and that was why I hated being female for years afterward.

58. In December of 2024 I sued Dr. Olson-Kennedy, Dr. Mosser, and others involved in my transition for medical negligence. One reason I filed the lawsuit was because I want other families to learn from my experience. This set off a wave of verbal abuse against me online. I received messages saying I deserved to be raped again, I was a "transphobic cunt," and "kill yourself."

59. Many of the messages came from former friends I had met years earlier at a transgender summer camp. One had previously confided in me that she was disappointed in the results of her genital surgery and worried about her ability to have sex and find a partner. (I am using this person's preferred pronouns; the surgery involved the removal of male genitals.) Her message to me after I filed my lawsuit was vicious.

60. Today, my chest area is still weak and strange-feeling, and I have limited range of motion in my arms. My voice is deep. I have been told I might not be able to bear a child because of the puberty blocker and five years of testosterone use. My parents and I are finally on good terms. Last year I apologized to the middle school classmate I bullied for believing I was a girl.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-12-2026 .

Clementine Breen (Jun 12, 2026 11:10:12 PDT)

Clementine Breen

10