# EXHIBIT 9

**DECLARATION OF** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in ▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓.

2. My husband and I have three sons. Our middle son, ▓▓▓▓▓ was a happy-go-lucky and extraordinarily intelligent child. ▓▓▓▓▓ was diagnosed as autistic when he was a toddler, and he struggles with common sense. He also has a rare genetic disorder—8Q21.3-Q22.1—which is duplication of the 8q chromosome. That disorder caused some developmental problems. ▓▓▓▓▓ saw a therapist for his challenges.

3. We sent ▓▓▓▓▓ to school at ▓▓▓▓▓▓▓▓▓, the local public school. We chose that school in part because it had a special education program that served ▓▓▓▓▓ needs. ▓▓▓▓▓ was on an Individualized Education Program until the present school year.

4. Our family was very close, in particular because of ▓▓▓▓▓ developmental challenges. Our family is also open. We have gay friends and are accepting of gay people. I used to think that ▓▓▓▓▓ might be gay because of his interest in stereotypically "feminine" things, and I was fine with that.

5. When COVID hit, the school had no program or plan for special-education students like ▓▓▓▓▓ He was studying on his own and spent a lot of time online.

6. In 2024, ▓▓▓▓▓, then 14 years old, handed me a written note which said that he was transgender. He seemed nervous.

7. We did not mind that ▓▓▓▓▓ identified as transgender at first. We could not find much information, so we scheduled a doctor's appointment.

1

8. Our family doctor recommended that we go to the Phoenix Children's Hospital gender clinic. We scheduled an appointment and we were able to get in almost immediately, which was strange because usually getting an appointment there takes weeks. Our appointment was on April 9, 2024.

9. Our appointment was on Zoom because it occurred during COVID and the clinic was an hour away from our home. My husband and I attended the appointment with ███ all together on one computer.

10. Our appointment was with a social worker, S.J. Johnson. I thought that she was a doctor at first because our previous visits to Phoenix Children's Hospital had been with specialists. I was surprised when I discovered that she was not a doctor or a nurse.

11. Johnson asked ███ some questions. ███ told Johnson that he wanted a rounder face and that his shoulders were too broad. Johnson diagnosed ███ as transgender immediately and asked him what he wanted his female name to be.

12. My husband and I tried to ask questions about whether ███ was experiencing body dysmorphia, whether ███ might be gay, whether these feelings were a result of ███ autism or chromosome disorder, or whether this was regular teenage angst. Johnson shut us down immediately and insisted that ███ was transgender. She would not address any of our questions or explain why any alternative explanation was wrong.

13. Johnson said that it was too late for ███ to be put on puberty blockers, and that he needed to start cross-sex hormones as soon as possible. Johnson was adamant that we begin treatment immediately. Her certainty that ███ was transgender and insistence on beginning hormone treatment immediately after such a short initial conversation was startling.

2

14. We asked Johnson how hormones might affect ███████other medical issues. She said that it was "all fine," and did not discuss any side effects.

15. Johnson presented no alternative to hormones. When I asked questions about alternative explanations or treatments, Johnson asked us if we would rather have a live daughter or a dead son. I had never heard that before, and it bothered me that a social worker would bring up suicide in front of an impressionable teenager. Johnson also told me that if ███████committed suicide, that it would be my fault. She made it seem like ███████ needed hormones, or he would die.

16. When Johnson asked to speak to ███████alone, we denied her permission to do so and ended the appointment. ███████never took hormones or puberty blockers.

17. ███████began expressing suicidal thoughts right after that appointment, which was strange as ███████had never done so previously. He was a happy child.

18. I believe that ███████only began acting this way because the therapist introduced the idea of suicide in the appointment.

19. ███████ therapist, Obsidian DeLeau, also told me that if ███████committed suicide, it would be my fault.

20. The clinic had provided some materials on local groups, including PFLAG, a "LGBTQ" organization. We decided to go to a PFLAG meeting in Sedona. The people at the meeting tended to be older. The speaker at that meeting said that the two choices that parents have are "affirming" their child's chosen gender or their child committing suicide.

21. ███████did not ask to attend any more PFLAG meetings.

3

22. Because of ▮▮▮▮▮ suicidal thoughts, we had to watch him 24/7 like a toddler. It was very upsetting because we felt like we might be going against medical advice by withholding consent to use cross-sex hormones.

23. ▮▮▮▮▮ attends online school. I am concerned that local schools would "socially transition him" by pretending that he is female.

24. To find ▮▮▮▮▮ affordable mental health support from someone who would not automatically "affirm" him as female, my husband and I had to hire someone who is based in Sweden. They seem to have a good rapport.

25. I also make sure that, at regular medical visits, doctors and dentists do not refer to ▮▮▮▮▮ as female.

26. ▮▮▮▮▮ is now 16 and his mental health has improved. He just got his bedroom back and we have unlocked the kitchen knives. When ▮▮▮▮▮ is not fixating on the transgender subject, he likes history.

27. We must still be hypervigilant, however. When the subject of gender comes up, ▮▮▮▮▮ backslides. He has been distant and fragile since the appointment at the gender clinic.

28. We spend roughly $500 per month on ▮▮▮▮▮ therapy to keep him stable. Insurance does not cover it. This has been a financial burden on our family.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/18 , 2026.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4