# EXHIBIT 13

**DECLARATION OF** ███████████████
**Pursuant to 28 U.S.C. § 1746**

I, █████████, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in ███████, ██████.

2. My son was always a very smart, easygoing child. He liked camping and hiking, and he was in the Boy Scouts. He was also close to his dad. But he also often felt like he did not fit in. These feelings became strong around third grade, when he had a bad experience, and they worsened over time when his peers would bully him. We also are a military family, so we move regularly which may have contributed to my son feeling like he did not fit in.

3. My son also struggled with time management. He asked to see a therapist, so we arranged for him to see one.

4. In 2020, when COVID hit, we lived in ████████, California and my son was a junior at ████████ High School. He was 17.

5. He started going with a friend to the GSA club. At the time I thought that stood for "Gay-Straight Alliance," which was fine by me. But later I discovered that it was the "Gender Sexuality Alliance."

6. My son told me that he took an online quiz to try and figure out why he did not fit in. That online quiz told him that he was transgender, so he started researching transgender identity on the internet. He also talked about how he spent a lot of time on Discord, Reddit, and Tumblr.

1

7.  I believe in early 2020 my husband received permanent change of station orders to Norfolk, VA.  We decided he would go to VA, and I would stay behind in CA so the kids could remain in High School through to graduation.

8.  In spring 2020, my son came back from seeing his therapist. He said that he was transgender, and that he wanted hormones right away. He was still 17. His therapist told me that he did not deal with gender issues, so he referred us to another therapist. I met with the other therapist once, but she told me she would affirm right away and that I would not be present for any of the following meetings.  I decided to not send my son to that therapist yet because I wanted to consult with my husband before deciding what to do.

9.  Given my son's past issues, I thought that something else was probably going on, but that seeing a specialist would help define the problem.

10. I went with my son to the Balboa Gender Clinic in July 2020. At the time, my husband and I thought that they would screen my son for other issues to eliminate other possible causes for his distress before deciding that he was transgender.

11. Dr. Erika Holtermann, a psychologist, saw my son and I at the clinic. At first, I gave her background information without my son present. I also expressed my belief that something else was likely going on with his mental health. When I raised alternative explanations for my son's distress, she dismissed them.

12. She then asked him to come in the room and affirmed him right away using pronouns such as she/her.

2

13. Next, Dr. Holtermann met with my son alone. When she brought me into the meeting, she told me that my son was transgender. It felt like she and my son were acting as a team and treating me as an outsider.

14. As we were walking out, Dr. Holtermann asked me if I would rather have "a dead son or a live daughter." She then told my son if he didn't feel safe at home he should call her.

15. Dr. Holtermann did not discuss alternative treatments like psychotherapy.

16. Dr. Holtermann's statements about suicide and my son being unsafe made me feel horrible and worried about suicide. I felt pressured to consent to treatment, and I think that Dr. Holtermann knew that her statements would be pressuring.

17. I did not consent to the hormones during this visit.

18. Dr. Holtermann referred us to an endocrinologist, Dr. Stacy Rustico. My understanding was that once Dr. Holtermann diagnosed my son, the endocrinologist would assume that my son was a good candidate for hormone treatment without making an independent assessment.

19. Within a week or two when my son turned 18, we went to see Dr. Rustico who provided the consent forms which discussed blood clots, strokes, and infertility as side effects. She provided him with a prescription for Estrogen and a Testosterone blocker. She did not say that cross-sex hormones could cause depression, brain fog, or anxiety.

20. After he went to college, my son became a trainwreck. He told me that he had panic attacks, often could not leave his room, and suffered from brain fog. My son also went for extended periods of time without answering his phone or attending classes, so we had to call people at his school to check on him.

3

21. He even went to the emergency room three times. The first visit was in Canada when he called me as he was having a panic attack. My husband told him to go to the emergency room, where they would help him. The second time, when my son was visiting home, he woke me up in the middle of the night and told me that he was thinking about hurting himself. I took him to the hospital where they put him on a psychiatric hold, and he stayed at an in-patient facility for several days.

22. He eventually had to return home permanently as he could not take care of himself on his own due to his inability to cope with his mental health problems.  The first day he was back he had another panic attack and was taken by ambulance to the hospital for his third hospital visit due to panic attacks.  He still lives with me and my husband today.

23. Doctors gave my son antidepressants and antianxiety medications, but they did not help.

24. My son had none of these problems before taking hormones. Just before COVID he became an Eagle Scout and was doing well, despite the bullying and not feeling like he fit in.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026.

4