# EXHIBIT 16

**DECLARATION OF** ███████████████
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in ███████, ████████████

2. I have one child, █████ who is 15 years old. I work as a veterinarian.

### My Ex Announced Our Son Was Transgender

3. I have lived in ███████████████ since 2011.  In September 2014, █████ was 3.  I had separated from █████ other mother, █████ (but we were still living together). About a month later, his daycare teacher told me something like, "█████ thinks he is a girl." I did not think much of it. During the winter of 2014-15, █████ moved out.

4. In September 2015, with █████ now 4, █████ texted me that █████ was a transgender girl named ██████████. I was blindsided.

5. █████ explained that █████ named himself after Rosa Parks. "██████████" means climbing rose.

6. █████'s daycare teacher (2014-15 school year) identified as the mother of a transgender girl. So did his kindergarten teacher (2015-16 school year).

7. As a lesbian, it did not bother me that my child might defy sex stereotypes. But I was concerned about confusing him or locking in an identity when he might just be going through a phase. I was also concerned that the traumatic divorce contributed to this confusion. I also felt leery of the puberty blockers, cross-sex hormones, and surgeries that a trans-identified  child might be offered.

1

8. I tried to keep an open mind, but I did not observe ███ to be gender-nonconforming. In fact, he seemed especially boyish. He liked sports and rough-and-tumble play. When ███ dressed him in "girl" clothes, he took them off as soon as he walked into my house.

9. Although I never insisted that ███ be referred to as a boy, I also did not go along with the idea that he was a girl. Instead I tried to stay neutral, for example by avoiding pronouns.

10. I regularly offered ███ options for clothing that included items from the girls' department and boys'. His only preference appeared to be for superhero themes. As for names, he said both ███ and ███ were OK.

### A Gender Clinic Diagnosed ███ with Gender Dysphoria

11. ███ and I were in and out of court for years trying to resolve the divorce and custody. Our divorce was finalized in 2015.

12. In 2016, I agreed to a settlement with ███ that we would take ███ to the Gender Management Service (GeMS) at Boston Children's Hospital for an assessment, and then return to GeMS as GeMS recommended.

13. I expected GeMS to see what I saw: that ███ was under stress because of the divorce, he wanted to please both his mothers, and he was not transgender.

14. In October 2016, ███ ███ and I attended our first session at GeMS, along with our nanny. The clinicians we met were Dr. Amy Tishelman, a psychologist, and Dr. Coleen Williams, a post-doctoral fellow. ███ was almost six.

15. ███ told Dr. Tishelman that he preferred female pronouns and the name ███ (By then he had changed the spelling from ███ according to ███ )

2

16. Dr. Tishelman's report did not describe ███ as distressed. She noted that "it is difficult to parse out the impacts of parental attitudes and beliefs on ███s gender presentation and exploration in each of her parent's home." Nevertheless, she described him using female pronouns and concluded, "Diagnosis: Gender Dysphoria in childhood, Unspecified." She also recommended we return to GeMS in a year or sooner.

17. Dr. Tishelman stressed in her report "the importance of … creating an atmosphere that allows children to flexible [sic] in their gender development." I tried to do that.

18. Meanwhile, ███ continued to insist ███ was a transgender girl. Almost everyone we knew embraced her perspective.

19. After our second GeMS visit, in October 2017, Dr. Tishelman filed another report about ███s supposed gender exploration. After discussing his feelings about names and pronouns, she concluded with the same recommendation to return in a year and a diagnosis of "Gender Dysphoria in childhood, Unspecified."

20. Soon afterward I challenged Dr. Tishelman about this diagnosis over the phone. She told me, "I'm not telling you that she is a girl."

21. In January 2019, we had another appointment with Dr. Tishelman. ███ was now eight. ███ met with her on a different date.

22. According to Dr. Tishelman's report, ███ told her he did not care what pronouns I used for him. He also said, according to her, that he was both a girl and a boy, and that he would be neither male nor female as an adult.

23. Dr. Tishelman wrote, "It is unclear … whether ███ is avoiding aligning with either parent by stating a gender that is something other male or female, or whether this expresses her current internal sense of her gender."

3

24. Dr. Tishelman did not note that ▮▮ experienced any distress except that he seemed "guarded." Nevertheless, she diagnosed him with "Gender dysphoria in childhood" and recommended that he return in a year. This was a change in his diagnosis. I understood that the previous diagnosis meant he did not fulfill all the criteria for "gender dysphoria," but the new one meant he supposedly did.

25. During this appointment, Dr. Tishelman told me that we should start thinking about blocking ▮▮ puberty. I said something noncommittal, although I felt confident he should not go on blockers.

**I Fought for the Right to Keep My Son off Puberty Blockers**

26. From 2015 to 2019, ▮▮ and I were in and out of court litigating custody disputes, particularly concerning the right to make medical decisions. I was terrified that ▮▮ would secure puberty blockers for ▮▮ and ultimately lead him to believe he needed hormones and surgery.

27. It was difficult for me to find a lawyer willing to represent me in opposing ▮▮ transition. Beginning around 2016, I interviewed at least four. Several turned me down after a consultation; one took a retainer from me but ultimately returned it.

28. Finally I found an attorney who was willing to represent me.

29. Although I came to believe that "gender" theory was not scientific, I bit my tongue because the judge expressed respect for it. At a hearing before trial, she said there are fifty genders. She said that if each of us pushed him into being a gender that he wasn't and he killed himself, that it would be on us.

30. This period of my life was a nightmare. I could hardly eat or sleep for several years. Every day I woke up and thought, "my son is going to be castrated." I would look at young men and almost cry thinking, '███ won't get to be that."

31. I cannot disclose what happened at trial because the judge sealed the proceedings. The outcome was that I could make medical decisions for ███ without ███ participation. The judgment was issued in December 2019 giving me full legal custody and half physical custody.

32. The litigation was expensive. On top of paying my lawyer, I had to retain an expert witness and cover half the cost of a guardian ad litem. In total, I spent over $250,000 for the right to protect ███ from pediatric medical transition. That left me with no savings, no retirement, and about $50,000 in debt. As a result, I declared bankruptcy in 2020.

33. After the custody judgment, I transferred ███ to a different public school so that he could start fresh among people who did not know him as a girl. I also let him choose a new name. He chose ███ (███ is still his legal name.)

34. ███ thrived. In the past his teachers reported he had trouble focusing. In the new school, they reported he was calm. He told me he regularly played football at recess with other boys. His grades improved.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 20, 2026___.

███