# IMAGE A

