# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>STATE OF ALASKA,<br><br>STATE OF IOWA,<br><br>STATE OF NEBRASKA, *ex rel.* Michael T. Hilgers, Attorney General,<br><br>and,<br><br>STATE of TEXAS, *ex rel.* Ken Paxton, Attorney General<br><br>   Plaintiffs,<br><br>     v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation,<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., an Illinois corporation,<br><br>and<br><br>UNITED STATES PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>  Defendants | Case No. 4:26-cv-00748-P |

**MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

Pursuant to Local Rule 83.10(a), Plaintiffs the Federal Trade Commission, the State of

Alaska, the State of Iowa, and the State of Nebraska, *ex rel.* Michael T. Hilgers, Attorney

1

General, respectfully request leave to proceed without local counsel in this matter for the reasons provided in the accompanying brief.[1]


Dated: June 17, 2026                                        Respectfully submitted,


**FOR THE FEDERAL TRADE COMMISSION:**


Of Counsel                                                 */s/ R. Cooper Vaughan*
                                                           R. Cooper Vaughan
Christopher G. Mufarrige                                      *Senior Counsel to the Director*
  *Director,*                                                 Virginia State Bar No. 92580
  *Bureau of Consumer Protection*                          Glenna Goldis (pro hac vice forthcoming)
                                                             *Assistant Director for Special Projects*
Lucas Croslow                                                New York Reg. No. 4868600
  *General Counsel*                                        Michael Dingman (pro hac vice
                                                           forthcoming)
Katherine White                                              *Senior Counsel to the Director*
  *Principal Deputy Director*                                District of Columbia Bar No. 90001474
  *Bureau of Consumer Protection*                          Hans Clausen (pro hac vice forthcoming)
                                                             *Attorney*
Douglas C. Geho                                              Georgia Bar No. 153250
  *Deputy Director,*
  *Bureau of Consumer Protection*                          Federal Trade Commission
                                                           Bureau of Consumer Protection
Levi W. Swank                                              600 Pennsylvania Avenue, NW
  *Deputy Director for Litigation,*                        Washington, DC 20580
  *Bureau of Consumer Protection*                          Fax: (214) 953-3079
                                                           E-mail: RVaughan@FTC.gov
Annie Chiang
  *Deputy Director,*                                       Jonathan Cohen (pro hac vice forthcoming)
  *Bureau of Consumer Protection*                            *Chief Litigation Counsel*,
                                                             *Bureau of Consumer Protection*
                                                             District of Columbia Bar No. 483454

                                                           Attorneys for Plaintiff
                                                           FEDERAL TRADE COMMISSION

---

[1] Plaintiff the State of Texas, *ex rel.* Ken Paxton, Attorney General, is exempt from the local counsel requirement under Local Rule 83.11.

**FOR THE STATE OF ALASKA**:

CORI M. MILLS
Acting Attorney General of Alaska

Charles J. Gartland (pro hac vice
forthcoming)
Civil Division Director
Alaska Bar No. 2509064
Alaska Dept. of Law
1031 W. 4th Ave.
Suite #200
Anchorage, AK 99501
Telephone: (907) 269-5100
Fax: (907) 269-5100
E-mail: charles.gartland@alaska.gov

Attorney for Plaintiff
STATE OF ALASKA

3

**FOR THE STATE OF IOWA**:

BRENNA BIRD
Attorney General of Iowa


*Eric Wessan*
_____

Eric H. Wessan
Solicitor General
Iowa Attorney General's Office
1305 E. Walnut St.
2d Floor
Des Moines, IA 50263
Telephone: (515) 823-9117
E-mail: eric.wessan@ag.iowa.gov

Attorney for Plaintiff
STATE OF IOWA

4

**FOR THE STATE OF NEBRASKA**:

MICHAEL T. HILGERS
Attorney General of Nebraska

Erik W. Fern (pro hac vice forthcoming)
Deputy Bureau Chief
Nebraska Bar No. 23733
Benjamin J. Swanson (pro hac vice forthcoming)
Nebraska Bar No. 27675
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68508
Telephone: (402) 471-3811
Fax: (402) 471-4725
E-mail: erik.fern@nebraska.gov
E-mail: benjamin.swanson@nebraska.gov

Attorneys for Plaintiff
STATE OF NEBRASKA

**CERTIFICATE OF CONFERENCE**

I, R. Cooper Vaughan, hereby certify that, at the time of filing, no counsel for any defendant had appeared in this case. A conference was therefore not possible. See Local Rule 7.1(a).

*/s/ R. Cooper Vaughan*
R. Cooper Vaughan

**CERTIFICATE OF SERVICE**

I, R. Cooper Vaughan, hereby certify that on June 17, 2026, I electronically filed this motion with the Court using the CM/ECF system, which will automatically send copies to any attorney of record in the case.

*/s/ R. Cooper Vaughan*
R. Cooper Vaughan