**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> STATE OF ALASKA, <br><br> STATE OF IOWA, <br><br> STATE OF NEBRASKA, *ex rel*. Michael T. Hilgers, Attorney General, <br><br> and <br><br> STATE of TEXAS, *ex rel.* Ken Paxton, Attorney General <br><br>     Plaintiffs, <br><br>         v. <br><br> WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, <br><br> WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., an Illinois corporation, <br><br> and <br><br> UNITED STATES PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, <br><br>   Defendants | Case No. 4:26-cv-00748-P |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to Proceed Without Local Counsel by

Plaintiffs the Federal Trade Commission, the State of Alaska, the State of Iowa, and the State of

Nebraska, *ex rel.* Michael T. Hilgers, Attorney General, and the brief in support thereof, the

Court finds that good cause exists to grant the Motion. It is hereby ORDERED that the Motion is GRANTED.


Dated:  _____            _____

                                       UNITED STATES DISTRICT JUDGE