**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,<br><br>    Defendants | Case No. 4:26-cv-00748-P |

**NOTICE OF NO RELATED CASES**

Pursuant to Local Rule 3.3, plaintiff the Federal Trade Commission certifies that there are no related cases. A case involving some of the same parties but not meeting the definition of a related case under Local Rule 3.3(b) is currently pending in the District Court for the District of Columbia, with Chief Judge James E. Boasberg presiding. *See World Professional Association for Transgender Health v. Federal Trade Commission*, No. 1:26-cv-00532 (D.D.C. filed Feb. 18, 2026).

Respectfully submitted,

Respectfully submitted,

**FOR THE FEDERAL TRADE COMMISSION:**

| | |
|---|---|
| Of Counsel | */s/ R. Cooper Vaughan* |
| | R. Cooper Vaughan |
| Christopher G. Mufarrige | *Senior Counsel to the Director* |
| *Director,* | Virginia State Bar No. 92580 |
| *Bureau of Consumer Protection* | Glenna Goldis (pro hac vice forthcoming) |
| | *Assistant Director for Special Projects* |
| Lucas Croslow | New York Reg. No. 4868600 |
| *General Counsel* | Michael Dingman (pro hac vice forthcoming) |
| | *Senior Counsel to the Director* |
| Katherine White | District of Columbia Bar No. 90001474 |
| *Principal Deputy Director* | Hans Clausen (pro hac vice forthcoming) |
| *Bureau of Consumer Protection* | *Attorney* |
| | Georgia Bar No. 153250 |
| Douglas C. Geho | |
| *Deputy Director,* | |
| *Bureau of Consumer Protection* | Federal Trade Commission |
| | Bureau of Consumer Protection |
| Levi W. Swank | 600 Pennsylvania Avenue, NW |
| *Deputy Director for Litigation,* | Washington, DC 20580 |
| *Bureau of Consumer Protection* | Fax: (214) 953-3079 |
| | E-mail: RVaughan@FTC.gov |
| Annie Chiang | |
| *Deputy Director,* | Jonathan Cohen (pro hac vice forthcoming) |
| *Bureau of Consumer Protection* | *Chief Litigation Counsel,* |
| | *Bureau of Consumer Protection* |
| | District of Columbia Bar No. 483454 |
| | |
| | Attorneys for Plaintiff |
| | FEDERAL TRADE COMMISSION |

2

## **CERTIFICATE OF SERVICE**

I, R. Cooper Vaughan, hereby certify that on 6/19/2026, I electronically filed this Notice with the Court using the CM/ECF system, a copy of which will be served on Defendants with service of the Complaint.

> */s/ R. Cooper Vaughan*
> R. Cooper Vaughan
> Counsel for the Federal Trade Commission