UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FEDERAL TRADE COMMISSION, ET AL.,

    Plaintiffs,

v.                                          No. 4:26-cv-0748-P

WORLD PROFESSIONAL ASSOCIATION FOR
TRANSGENDER HEALTH, INC., ET AL,

    Defendants.

## ORDER

The Court **ORDERS** that the above-captioned case, is hereby reassigned to United States District Judge Reed O'Connor for all further proceedings and the entry of judgment.

**SO ORDERED** on this **24th day** of **June 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE