IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FEDERAL TRADE COMMISSION, ET §
AL., §
§
   Plaintiffs, §
§
§
v. §   Civil Action No.  4:26-CV-00748-O
§
WORLD PROFESSIONAL §
ASSOCIATION FOR TRANSGENDER §
HEALTH, INC., ET AL., §
§
   Defendants. §

## ORDER

Before the Court is Plaintiffs' Motion to Treat FTC's Motion to Seal as Opposed and Require Defendants to Confer and Memorandum in Supports (ECF Nos. 28, 29), filed on June 30, 2026. Having considered the Motion, and finding good cause, the Court **GRANTS** the Motion. It is therefore **ORDERED** that the Motion to Seal (ECF No. 4) is deemed opposed and Defendants must confer with the FTC regarding the Motion to Seal within three business days of the date of this order.

**SO ORDERED** on this **1st day** of **July, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**