UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

<table>
<tr><td>FEDERAL TRADE COMMISSION, <em>et al.</em>,<br><br>  Plaintiffs,<br><br>     v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, <em>et al.</em>,<br><br>  Defendants</td><td>Case No. 4:26-cv-00748-O<br><br><strong>MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</strong></td></tr>
</table>

**MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiffs the Federal Trade Commission, Texas, and Iowa hereby move this Court for a Temporary Restraining Order and Preliminary Injunction to restrain and enjoin Defendants from seeking relief in this matter from courts other than this Court, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court.

1

Dated: July 2, 2026                          Respectfully submitted,

 Of Counsel                                  /s/ Michael Dingman
                                             Michael Dingman
 Jonathan Cohen                                Senior Counsel to the Director
   Chief Litigation Counsel                    District of Columbia Bar No. 90001474*
 District of Columbia Bar No. 483454*        R. Cooper Vaughan
                                               Senior Counsel to the Director
                                               Virginia State Bar No. 92580
                                             Glenna Goldis
                                               Assistant Director for Special Projects
                                               New York Reg. No. 4868600*
                                             Hans Clausen
                                               Attorney
                                               Georgia Bar No. 153250*

                                             Federal Trade Commission
                                             Bureau of Consumer Protection
                                             600 Pennsylvania Avenue, NW
                                             Washington, DC 20580
                                             Fax: (214) 953-3079
                                             E-mail: MDingman@FTC.gov

                                             *Admitted pro hac vice

**FOR THE STATE OF TEXAS:**

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Austin Kinghorn**
Deputy Attorney General for Civil Litigation

**Johnathan Stone**
Chief, Consumer Protection Division

**David Bizar**
Assistant Attorney General
Texas State Bar No.: 24110737
**Office Of The Attorney General Of Texas**
Consumer Protection Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2185
Fax: (512) 473-8301
David.Bizar@oag.texas.gov

**FOR THE STATE OF IOWA:**

BRENNA BIRD
Attorney General of Iowa

Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
Counsel for State of Iowa

3

## CERTIFICATE OF SERVICE

I, Michael Dingman, hereby certify that on July 2, 2026, I electronically filed this motion with the Court using the CM/ECF system, a copy of which will be mailed and emailed to Defendants' counsel.

*/s/ Michael Dingman*
Michael Dingman

## CERTIFICATE OF CONFERENCE

Due to the substantial urgency of the matter, Plaintiffs the Federal Trade Commission, Texas, and Iowa did not have an opportunity to schedule a conference. Additionally, in light of Defendant WPATH-TX's opposing request for relief in a different court, such a conference is almost certainly futile and this Motion should be deemed opposed. The Federal Trade Commission, Texas, and Iowa will nevertheless endeavor to confer with Defendants as soon as possible.

*/s/ Michael Dingman*
Michael Dingman