**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>    Plaintiffs,<br><br><br>        v.<br><br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,<br><br><br>    Defendants | Case No. 4:26-cv-00748-O |

**[PROPOSED] ORDER GRANTING MOTION FOR A TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR A PRELIMINARY INJUNCTION**

Before this Court is Plaintiffs' the Federal Trade Commission, Texas, and Iowa's Motion for a Temporary Restraining Order and Preliminary Injunction. The Court finds that the Federal Trade Commission, Texas, and Iowa have demonstrated a substantial likelihood of success on the merits, a substantial threat that they will suffer irreparable injury absent the temporary restraining order, that the threatened injury outweighs any harm the temporary restraining order might cause the Defendants, and that the temporary restraining order will not impair the public interest.

For these reasons, the Court **GRANTS** the Plaintiffs' the Federal Trade Commission, Texas, and Iowa's motion for a temporary restraining order against Defendants. Accordingly, the Court **ORDERS** that for **fourteen days** from the date this Order is entered, Defendants are enjoined from litigating the Motion for a Temporary Restraining Order and Antisuit Injunction filed in *World Professional Association for Transgender Health v. Federal Trade Commission, et al.*, No. 1:26-cv-00532 (D.D.C.) or otherwise in any way seeking relief in this matter in any court other than this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

Further, the Court sets a hearing to determine the merits of Plaintiffs' the Federal Trade Commission, Texas, and Iowa's motion for a preliminary injunction for _____.

Dated: _____          _____
                                   Reed O'Connor
                                   CHIEF UNITED STATES DISTRICT JUDGE