**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION, ET AL.,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:26-CV-00748-O** |
| | § | |
| **WORLD PROFESSIONAL** | § | |
| **ASSOCIATION FOR TRANSGENDER** | § | |
| **HEALTH, INC., ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 33), filed on July 2, 2026. Defendants are **ORDERED** to file any response in opposition no later than 3:00 PM CST on Monday, July 6, 2026. The Court sets an in-person hearing for **Tuesday, July 7, 2026, at 9:00 A.M.** The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**. Counsel for all Parties are **ORDERED** to appear at the hearing set above.

**SO ORDERED** on this **2nd day** of **July, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**