**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>  Plaintiffs,<br><br><br>  v.<br><br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,<br><br><br>  Defendants | Case No. 4:26-cv-00748-O<br><br>**NOTICE OF WPATH-TX'S EMERGENCY MOTION FOR IMMEDIATE CONSIDERATION OF PENDING MOTION FOR A TEMPORARY RESTRAINING ORDER** |

**NOTICE OF WPATH-TX'S EMERGENCY MOTION
FOR IMMEDIATE CONSIDERATION OF
PENDING MOTION FOR A TEMPORARY RESTRAINING ORDER**

The Federal Trade Commission notifies the Court of a further filing by WPATH-TX in its D.D.C. case.  At 11:33 PM ET, WPATH-TX submitted the attached Emergency Motion for Immediate Consideration of Pending Motion for a Temporary Restraining Order.  WPATH-TX asks D.D.C. to "immediately issue the TRO against the FTC and those acting in concert with it … or have the parties appear immediately."  The FTC brings this motion to the Court's attention because, if the emergency relief WPATH-TX seeks is granted, the FTC may be unable to comply with this Court's order from earlier this evening, which directed all parties in this matter to

1

appear for an in-person hearing on Tuesday, July 7.  ECF No. 35.  In light of this development the FTC respectfully reiterates its request, joined by Texas and Iowa in their pending motion filed earlier today, for a temporary restraining order to protect this Court's jurisdiction.  ECF No. 33.

Dated:  July 3, 2026

Of Counsel

Jonathan Cohen
  *Chief Litigation Counsel*
District of Columbia Bar No. 483454*

Respectfully submitted,

*/s/ Michael Dingman*
Michael Dingman
  *Senior Counsel to the Director*
  District of Columbia Bar No. 90001474*
R. Cooper Vaughan
  *Senior Counsel to the Director*
  Virginia State Bar No. 92580
Glenna Goldis
  *Assistant Director for Special Projects*
  New York Reg. No. 4868600*
Hans Clausen
  *Attorney*
  Georgia Bar No. 153250*

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: MDingman@FTC.gov

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Michael Dingman, hereby certify that on July 3, 2026, I electronically filed this motion with the Court using the CM/ECF system, a copy of which will be mailed and emailed to Defendants' counsel.

*/s/ Michael Dingman*
Michael Dingman