**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMISSION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, et al., <br><br> *Defendants*. | Case No. 4:26-cv-00748-O |

**DECLARATION OF ABBE DAVID LOWELL IN OPPOSITION TO**
**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

I, Abbe David Lowell, declare under 28 U.S.C. § 1746 that:

1.      I am the founding member of the law firm Lowell & Associates, PLLC.  I represent Defendant the World Professional Association for Transgender Health ("WPATH") in this action. I submit this declaration in opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.  If called upon to do so, I could and would competently testify as follows:

2.      I have attached as Exhibit 1 a true and complete copy of the complaint WPATH filed in the United States District Court for the District of Columbia on February 18, 2026.  *See WPATH v. FTC*, 1:26-cv-532, ECF 1 (D.D.C.).

1

3.      I have attached as Exhibit 2 a true and complete copy of a declaration filed by Leo Lewis, WPATH's Executive Director, in the United States District Court for the District of Columbia on February 25, 2026.  *See WPATH v. FTC*, 1:26-cv-532, ECF 3-2 (D.D.C.).

4.      I have attached as Exhibit 3 a true and complete copy of a document linked in a news article on *Punchbowl News*, titled "As Chair, FTC Commissioner Touts He'd Pull Back on AI and Fight Trans Care" (Dec. 6, 2024), which the article characterizes as a "resume-style document" created by FTC Chairman Andrew Ferguson.

5.      I have attached as Exhibit 4 a true and complete copy of a *Daily Wire* article, titled "*EXCLUSIVE: Federal Trade Commission Sets Sights On Transgender Procedures On Kids*" (May 21, 2025).

6.      I have attached as Exhibit 5 a true and complete copy of a *Reuters* article, titled "*US FTC workshop criticizing medical care for transgender youth draws staff opposition*" (July 2, 2025), and its internally linked document titled "*Statement of Concern Dated July 2, 2025 from FTC Employees on the FTC's July 9 Workshop on Gender-Affirming Care.*"

7.      I have attached as Exhibit 6 a true and complete copy of the FTC-provided speaker and panelist biographies from the FTC Workshop on "*Exploring Unfair or Deceptive Trade Practices in 'Gender-Affirming Care' for Minors*" (held on July 9, 2025), available at: https://www.ftc.gov/system/files/ftc_gov/pdf/Healthcare-Workshop-Speakers-July-9-2025.pdf.

8.      I have attached as Exhibit 7 a true and complete copy a transcript from the FTC Workshop on "*Exploring Unfair or Deceptive Trade Practices in 'Gender-Affirming Care' for Minors*" (held on July 9, 2025), available at: https://www.ftc.gov/system/files/ftc_gov/pdf/FTC-The-Dangers-of-Gender-Affirming-Care-for-Minors-Transcript.pdf.

9.      I have attached as Exhibit 8 a true and complete copy of a *Daily Wire* article, titled "*Trump Admin Hires Glenna Goldis, Lawyer Fired By Letitia James*" (Feb. 5, 2026).

10.     I have attached as Exhibit 9 a true and complete copy of a civil investigative demand ("CID") that the FTC served on WPATH on January 15, 2026.

11.     I have attached as Exhibit 10 a true and complete copy of a Notice of Withdrawal that the FTC filed on June 22, 2026, in the United States District Court for the District of Columbia. *See WPATH v. FTC*, 1:26-cv-532, ECF 43-1 (D.D.C.).

12.     I have attached as Exhibit 11 a true and complete copy of a grand jury subpoena that the U.S. Department of Justice served on Lucile Salter Packard Children's Hospital on May 6, 2026, which was filed in the United States District Court for the Northern District of California. *See Z.A. v. Blanche*, No. 5:26-cv-4998, ECF 31-2 (N.D. Cal.).

13.     I have attached as Exhibit 12 a true and complete copy of a report generated by ECF listing cases that the FTC has filed in the United States District Court for the District of Columbia.

14.     On June 30, 2026, my colleagues and I met and conferred with counsel for the FTC regarding the withdrawal of the CID attached as Exhibit 9.  Counsel for the FTC asserted that the withdrawal of the CID rendered WPATH's lawsuit in the District of Columbia moot (an assertion WPATH disputes).  We asked whether the FTC intended to seek the same information covered by the CID through discovery in the Northern District of Texas.  Counsel for the FTC stated that the Texas litigation was completely distinct from the D.C. litigation and that whatever may occur in the Texas litigation is not affected by the D.C. litigation.  The FTC declined to offer any assurances that it would not seek discovery in the Northern District of Texas that fell within the scope of the CID.

15.     On June 30, 2026, WPATH filed a motion for a temporary restraining order and an antisuit injunction in the United States District Court for the District of Columbia.  *See WPATH v. FTC*, 1:26-cv-532, ECF 45 (D.D.C.).  On July 1, 2026, the D.C. district court instructed the parties to confer on a briefing schedule that would permit argument to be heard on WPATH's motion on July 8 or 9, 2026.  My colleagues and I met and conferred with counsel for the FTC and agreed that the FTC would file an opposition brief on July 6, WPATH would file a reply on July 8, and the D.C. district court would hear argument on July 9, a schedule the D.C. district court ultimately adopted.  *WPATH v. FTC*, 1:26-cv-532, ECF 48 (D.D.C.).

16.     At no time during the parties' meet-and-confer on July 1, 2026, did the FTC state that it would seek antisuit relief barring WPATH from pursuing its motion or preventing WPATH from following the order the FTC had agreed to in D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on July 6, 2026.


_____
Abbe David Lowell
LOWELL & ASSOCIATES, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

4