**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | |
| | Case No. 4:26-cv-00748-O |
| *Plaintiffs*, | |
| v. | |
| WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, et al., | |
| *Defendants*. | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant World Professional Association for Transgender Health, Inc. ("WPATH") respectfully requests that the Court extend WPATH's deadline to respond to the Complaint filed by Plaintiff Federal Trade Commission ("Plaintiff") in this matter.

Plaintiff filed its Complaint on June 17, 2016. ECF No. 1. Pursuant to Federal Rule of Civil Procedure 12, WPATH's current deadline to respond to the Complaint is July 14, 2026. Reed Smith was recently retained to represent WPATH in this matter. To allow counsel for WPATH to adequately review the Complaint and prepare a response, WPATH requests that the Court modestly extend the deadline for its response to the Complaint by 14 days, until July 28, 2026. There is good cause to grant that relief.

An extension of time is appropriate. The parties conferred reading the deadlines in this case and the case pending in the United States District Court for the District of Columbia (the "D.D.C.

1

Matter"). *See* Local Rule 7.1(a)-(b). During those discussions, the FTC consented to WPATH's request for an extension of the deadline for WPATH to respond to the Complaint in this matter, and WPATH consented to the FTC's motion for an extension of time for it to respond to the Compliant and to WPATH's pending motion for discovery in the D.D.C. Action. If both motions are granted, the parties' filings will be due on the same day, July 28, 2026.

## CONCLUSION

For these reasons, the Court should grant this motion, extending the deadline for WPATH to respond to the Complaint in this matter to July 28, 2026.

Dated: July 10, 2026

Respectfully submitted,

*/s/ Sarah Cummings Stewart*_____
Sarah Cummings Stewart
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Tel: (469) 680-4200
Fax: (469) 680-4299

R. Jeffrey Layne
**REED SMITH LLP**
401 Congress Avenue, Suite 1800
Austin, TX 78701
Tel: (512) 623-1801
Fax: (512) 623-1802

Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley (admitted pro hac vice)
**LOWELL & ASSOCIATES, PLLC**
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates
.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 10, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

*/s/ Sarah Cummings Stewart*_____
Sarah Cummings Stewart

3