**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, et al.,<br><br>*Defendants*. | Case No. 4:26-cv-00748-O |

**[PROPOSED] ORDER**

On consideration of Defendant World Professional Association for Transgender Health, Inc.'s ("WPATH") motion for extension of time, the Court **ORDERS** that:

WPATH's motion is **GRANTED**. WPATH shall respond to Plaintiffs' Complaint by July 28, 2026.

**SO ORDERED**.

DATED: _____                    _____

                                                                    Chief District Judge Reed O'Connor

1

Dated: July 10, 2026

Respectfully submitted,

*/s/ Sarah Cummings Stewart_____*
Sarah Cummings Stewart
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Tel: (469) 680-4200
Fax: (469) 680-4299

R. Jeffrey Layne
**REED SMITH LLP**
401 Congress Avenue, Suite 1800
Austin, TX 78701
Tel: (512) 623-1801
Fax: (512) 623-1802

Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley (admitted pro hac vice)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates
.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 10, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

*/s/ Sarah Cummings Stewart_____*
Sarah Cummings Stewart

2