# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, ET AL., | § § § | |
| Plaintiffs, | § § § | |
| v. | § § § | Civil Action No.  4:26-CV-00748-O |
| WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., ET AL., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Consent Motion for Extension of Time (ECF No. 42), filed on July 10, 2026. Having considered the Motion, and finding good cause, the Court **GRANTS** the Motion. It is therefore **ORDERED** that Defendants shall respond to Plaintiffs' Complaint no later than July 28, 2026.

**SO ORDERED** on this **14th day** of **July, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**