**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>   Plaintiffs,<br><br><br>   v.<br><br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,<br><br><br>   Defendants | Case No. 4:26-cv-00748-O |

**JOINT STATUS REPORT**

Pursuant to ECF No. 37, the Court directed the parties to file a Status Report following a ruling by Chief Judge Boasberg.  Accordingly, the parties jointly report:

1.     As the Court is aware, on June 30, 2026, a Defendant in this action ("Texas Action") moved for a Temporary Restraining Order and Antisuit Injunction in *WPATH v. FTC*, No. 26-cv-532 (D.D.C.) (ECF No. 45) ("D.C. Action").

2.     As the Court is also aware, on July 2, 2026, Plaintiffs in the Texas Action moved for a Temporary Restraining Order and Preliminary Injunction.  ECF No. 34.

1

3.      On July 9, 2026, Chief Judge Boasberg heard oral argument concerning the motion pending in his Court.

4.      On July 10, 2026, Chief Judge Boasberg denied the motion.  D.C. Action, ECF No. 58.

5.      Plaintiffs in the Texas Action ask that the Court hold ECF No. 34 in abeyance, and Plaintiffs will file an additional submission asking for a ruling if Defendants renew efforts to divest this Court of jurisdiction.

Additionally, the parties request that the Court address a ministerial issue. Plaintiffs' request to temporarily seal certain information is moot, see ECF No. 6 (June 17, 2026), as the period for third party objections to disclosure has elapsed.  Defendants have further stated that they do not oppose the balance of the relief Plaintiffs seek through the sealing motion. Accordingly, Plaintiffs will promptly file a version of the Complaint with additional redactions removed.

Dated: July 15, 2026                                Respectfully submitted,

Of Counsel

Jonathan Cohen
  *Chief Litigation Counsel*
District of Columbia Bar No. 483454*

*/s/ R. Cooper Vaughan*
R. Cooper Vaughan
  *Senior Counsel to the Director*
  Virginia State Bar No. 92580
Michael Dingman
  *Senior Counsel to the Director*
  District of Columbia Bar No. 90001474*
Glenna Goldis
  *Assistant Director for Special Projects*
  New York Reg. No. 4868600*
Hans Clausen
  *Attorney*
  Georgia Bar No. 153250*

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: RVaughan@FTC.gov

*Admitted *pro hac vice*

3

**FOR THE STATE OF ALASKA**:


CORI M. MILLS
Acting Attorney General of Alaska



Charles J. Gartland (pro hac vice
forthcoming)
Civil Division Director
Alaska Bar No. 2509064
Alaska Dept. of Law
1031 W. 4th Ave.
Suite #200
Anchorage, AK 99501
Telephone: (907) 269-5100
Fax: (907) 269-5100
E-mail: charles.gartland@alaska.gov

Attorney for Plaintiff
STATE OF ALASKA

4

**FOR THE STATE OF IOWA**:

BRENNA BIRD
Attorney General of Iowa


*Eric Wessan*

———————————————
Eric H. Wessan
Solicitor General
Iowa Attorney General's Office
Iowa Bar Pin: AT0014313
1305 E. Walnut St.
2d Floor
Des Moines, IA 50263
Telephone: (515) 823-9117
E-mail: eric.wessan@ag.iowa.gov

Attorney for Plaintiff
*STATE OF IOWA*

**FOR THE STATE OF NEBRASKA**:


MICHAEL T. HILGERS
Attorney General of Nebraska



Erik W. Fern (pro hac vice forthcoming)
Deputy Bureau Chief
Nebraska Bar No. 23733
Benjamin J. Swanson (pro hac vice
forthcoming)
Nebraska Bar No. 27675
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68508
Telephone: (402) 471-3811
Fax: (402) 471-4725
E-mail: erik.fern@nebraska.gov
E-mail: benjamin.swanson@nebraska.gov

Attorneys for Plaintiff
STATE OF NEBRASKA

FOR THE STATE OF TEXAS

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy
Rob.Farquharson@oag.texas.gov
Texas Bar No. 24100550

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Consumer Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548

7

**FOR DEFENDANTS**

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Tel: (469) 680-4200
Fax: (469) 680-4299

R. Jeffrey Layne
**REED SMITH LLP**
401 Congress Avenue, Suite 1800
Austin, TX 78701
Tel: (512) 623-1801
Fax: (512) 623-1802

Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley (admitted pro hac vice)
**LOWELL & ASSOCIATES, PLLC**
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates
.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for Defendant*