**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,

Defendants

Case No. 4:26-cv-00748-O

**NOTICE OF FILING OF PARTIALLY-UNREDACTED COMPLAINT**

The period has elapsed for the filing of third-party objections to disclosure of certain redacted material in the Complaint, ECF No. 1. Accordingly, a partially-unredacted copy of the Complaint is filed herewith.

Dated: July 20, 2026

Respectfully submitted,

Of Counsel

Jonathan Cohen
*Acting Deputy Director*
*Bureau of Consumer Protection*
District of Columbia Bar No. 483454*

*/s/ R. Cooper Vaughan*
R. Cooper Vaughan
*Senior Counsel to the Director*
Virginia State Bar No. 92580
Michael Dingman
*Senior Counsel to the Director*
District of Columbia Bar No. 90001474*
Glenna Goldis
*Assistant Director for Special Projects*
New York Reg. No. 4868600*
Hans Clausen
*Attorney*
Georgia Bar No. 153250*

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: RVaughan@FTC.gov

*Admitted *pro hac vice*