**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, et al.,<br><br>*Defendants*. | Case No. 4:26-cv-00748-O |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS ON MOTION TO DISMISS OR TRANSFER

Defendants respectfully request that the Court grant Defendants a 25-page expansion of the limits applicable to Defendants Motion to Dismiss or Transfer—from 25 to 50 pages—due to the importance and breadth of the challenges Defendants intend to raise in response to the Complaint filed by Plaintiffs the Federal Trade Commission ("FTC") and the States of Alaska, Iowa, Nebraska, and Texas (collectively, "Plaintiffs") and the impact on Defendants if they are not permitted to adequately advance all applicable arguments in support of dismissal.

Plaintiffs filed their 123-page Complaint, plus over 120 pages of declarations and exhibits, in this matter on June 17, 2026, raising various allegations against Defendants under the FTC Act and numerous other Alaska, Iowa, Nebraska, and Texas state laws. Defendants' responsive pleading is due on July 28, 2026. Under the Local Rules for the Northern District of Texas, "a brief

1

must not exceed 25 pages." L.R. 7.2. However, Defendants intend to raise various meritorious arguments, including procedural and constitutional arguments, in support of dismissal. Defendants have multiple bases on which to argue that dismissal is warranted and respectfully requests that the Court allow it the opportunity to be heard on each of those arguments. Defendants also intend to argue that, in the alternative to dismissal, the case should be transferred to a proper venue for multiple independent reasons.

Therefore, Defendants respectfully request that the Court grant their request for an expansion of the page limit applicable to their responsive pleadings from 25 to 50 pages to allow Defendants to address all relevant arguments in support of dismissal. Defendants have not yet determined whether they will file a single Motion to Dismiss or in the Alternative Transfer or a Motion to Dismiss and separate Motion to Transfer. Regardless, Defendants' motions will not exceed a global page limit of 50 pages between the two motions.

Defendants have conferred with Plaintiffs regarding this request and Plaintiffs are unopposed to the relief requested herein.

Dated: July 24, 2026

Respectfully Submitted,
*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Tel: (469) 680-4200
Fax: (469) 680-4299
sarah.stewart@reedsmith.com

R. Jeffrey Layne
**REED SMITH LLP**
401 Congress Avenue, Suite 1800
Austin, TX 78701
Tel: (512) 623-1801
Fax: (512) 623-1802
jlayne@reedsmith.com

Abbe David Lowell [DC Bar No. 358651]
Caleb Hayes-Deats [DC Bar No. 1643213]*
Schuyler J. Standley [DC Bar. No. 90013858]*
**LOWELL & ASSOCIATES, PLLC**
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com
*Pro hac vice* motion forthcoming

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1, the undersigned hereby certifies that Defendants and Plaintiffs conferred regrading this Motion on July 23, 2026, and Plaintiffs are unopposed to the relief requested in the Motion.

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 24, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart

3