**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION, ET AL.,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action No. 4:26-CV-00748-O** |
| **WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., ET AL.,** | § § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Exceed Page Limits on Motion to Dismiss or Transfer (ECF No. 48), filed on July 24, 2026. Having considered the Motion, and noting that it is unopposed, the Court finds good cause and **GRANTS** the Motion. It is therefore **ORDERED** that Defendants may file a Motion to Dismiss and/or Transfer of up to fifty (50) pages in total.

**SO ORDERED** on this **27th day** of **July, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**