UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br><br>*Plaintiffs*,<br><br><br>*v.*<br><br><br>WORLD PROFESSIONAL ASSOCIATION<br>FOR TRANSGENDER HEALTH, INC., a<br>Texas corporation, et al.,<br><br><br>*Defendants*. | Case No. 4:26-cv-00748-O |

**DEFENDANT WORLD PROFESSIONAL ASSOCIATION
FOR TRANSGENDER HEALTH, INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b), Defendant World Professional Association for Transgender Health, Inc. ("WPATH"), by and through undersigned counsel, respectfully files this Motion to Dismiss ("Motion"), along with the accompanying brief and exhibit in support, asking this Court to dismiss the claims brought by Plaintiffs the Federal Trade Commission ("FTC") and the States of Alaska, Iowa, Nebraska, and Texas (collectively, "Plaintiffs").

**Summary**

Plaintiffs filed this Complaint for a Permanent Injunction and Other Relief, seeking to enjoin WPATH from publishing its Standards of Care Version 8 ("SOC-8") regarding transgender healthcare. The gravamen of Plaintiffs' Complaint is that WPATH has made "deceptive" statements

1

to consumers. However, the FTC identifies no such deceptive statements in its Complaint. That is because WPATH does not make statements to consumers at all. Rather, WPATH's SOC-8 articulates a professional consensus about the psychiatric, psychological, medical, and surgical management of transgender people." *WPATH*, 2026 WL 1257321, at *1.

### Basis for Motion

Plaintiffs' claims should be dismissed for four independent reasons. First, the Fifth Circuit has long held that statements of opinion are not actionable. The statements in SOC-8 are opinions about what conclusions existing scientific research supports. Plaintiffs cannot transform their disagreement with WPATH's opinions into allegations of deception, much less without considering the scientific research WPATH cites in support of its statements.

Second, under our federal system, states regulate guidance provided for the practice of medicine. The FTC does not. The Supreme Court has recently addressed the "medical and scientific uncertainty" regarding transgender healthcare for minors and concluded that it "underscore[s] the need" for *states* to have "legislative flexibility." *Skrmetti*, 605 U.S. at 524–25. The FTC cannot erase that "flexibility" by declaring deceptive certain statements about care that states not only permit but deem necessary.

Third, the First Amendment bars the FTC from prohibiting medical organizations from expressing their scientific opinions, even if the FTC regards those opinions as "substandard care." *Chiles*, 146 S. Ct. at 1027. "History is littered with examples of official efforts to manipulate and control professional speech—including 'the content of doctor-patient discourse.'" *Id.* The First Amendment prohibits Plaintiffs' efforts to do so here.

Fourth, Iowa, Nebraska, and Texas also lack standing to bring their claims because WPATH's SOC-8 speech cannot cause future injury.

2

Fifth, the Court should decline to exercise supplemental jurisdiction over the state law claims if and when it dismisses the FTC's claims.

## Compliance With Local Rules

Contemporaneously with the filing of this Motion, WPATH has filed a brief and exhibit in support of the Motion, in compliance with Local Rule 7.1.

## Relief Requested

For the reasons stated therein, WPATH respectfully requests that the Court grant this Motion to Dismiss Plaintiffs' claims.

Dated: July 28, 2026                                    Respectfully Submitted,


*/s/ Sarah Cummings Stewart*                 */s/ Caleb Hayes-Deats\**

Sarah Cummings Stewart                       Caleb Hayes-Deats*
**REED SMITH LLP**                           Abbe David Lowell [DC Bar No. 358651]
2850 N. Harwood Street, Suite 1500           Schuyler J. Standley*
Dallas, TX 75201                             LOWELL & ASSOCIATES, PLLC
Tel: (469) 680-4200                          1250 H Street, N.W., Suite 250
Fax: (469) 680-4299                          Washington, DC 20005
sarah.stewart@reedsmith.com                  T: (202) 964-6110
                                             F: (202) 964-6116
                                             ALowellpublicoutreach@lowellandassociates.com
R. Jeffrey Layne                             CHayes-Deats@lowellandassociates.com
**REED SMITH LLP**                           SStandley@lowellandassociates.com
401 Congress Avenue, Suite 1800
Austin, TX 78701                             *Pro hac vice* motion pending
Tel: (512) 623-1801
Fax: (512) 623-1802
jlayne@reedsmith.com


*Attorneys for Defendant WPATH*

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that, on July 28, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart
