**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, et al., <br><br> *Defendants*. | Case No. 4:26-cv-00748-O |

**DEFENDANT WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), Defendant World Professional Association for Transgender Health, Inc. ("WPATH"), by and through undersigned counsel, respectfully file this Motion to Dismiss, or in the Alternative, Transfer ("Motion"), along with the accompanying brief, exhibit in support, and certificate of conference, asking this Court to dismiss the claims brought by Plaintiffs the Federal Trade Commission ("FTC") and the States of Alaska, Iowa, Nebraska, and Texas (collectively, "Plaintiffs").

**Summary**

Plaintiffs filed this Complaint for a Permanent Injunction and Other Relief, seeking to enjoin WPATH from publishing its Standards of Care Version 8 ("SOC-8") regarding transgender healthcare. The gravamen of Plaintiffs' Complaint is that WPATH has made "deceptive" statements

1

to consumers. However, the FTC identifies no such deceptive statements in its Complaint. That is because WPATH does not make statements to consumers at all. Rather, WPATH's SOC-8 articulates a professional consensus about the psychiatric, psychological, medical, and surgical management of transgender people." *WPATH*, 2026 WL 1257321, at *1.

### Basis for Motion

This suit should not have been filed in the Northern District of Texas. Venue here is improper for several reasons. This District does not have personal jurisdiction over WPATH. Nor did the allegedly "deceptive" statements that Plaintiffs seek to enjoin occur in this District. Texas banned the type of healthcare at issue in this case in 2023. The real reason Plaintiffs chose this District was to avoid unfavorable rulings against the Federal Trade Commission ("FTC") in a separate case WPATH brought in the District of Columbia. That is improper. WPATH thus requests that this Court dismiss this action under Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a), or, alternatively, transfer this action under either 28 U.S.C. § 1406(a) or § 1404(a).

### Compliance With Local Rules

Contemporaneously with the filing of this Motion, WPATH has filed a brief and exhibit in support of the Motion, as well as a Certificate of Conference, in compliance with Local Rule 7.1.

### Relief Requested

For the reasons stated therein, WPATH respectfully requests that the Court grant this Motion to Dismiss Plaintiffs' claims.

Dated: July 28, 2026                                    Respectfully Submitted,


*/s/ Sarah Cummings Stewart*                    */s/ Caleb Hayes-Deats\**

Sarah Cummings Stewart                          Caleb Hayes-Deats*
**REED SMITH LLP**                              Abbe David Lowell [DC Bar No. 358651]
2850 N. Harwood Street, Suite 1500              Schuyler J. Standley*
Dallas, TX 75201                                LOWELL & ASSOCIATES, PLLC
Tel: (469) 680-4200                             1250 H Street, N.W., Suite 250
Fax: (469) 680-4299                             Washington, DC 20005
sarah.stewart@reedsmith.com                     T: (202) 964-6110
                                                F: (202) 964-6116
                                                ALowellpublicoutreach@lowellandassociates.com
R. Jeffrey Layne                                CHayes-Deats@lowellandassociates.com
**REED SMITH LLP**                              SStandley@lowellandassociates.com
401 Congress Avenue, Suite 1800
Austin, TX 78701                                *Pro hac vice* motion pending
Tel: (512) 623-1801
Fax: (512) 623-1802
jlayne@reedsmith.com


*Attorneys for Defendant WPATH*

3

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1, the undersigned hereby certifies that Defendants and Plaintiffs conferred via videoconference regarding this Motion on July 27, 2026. For Plaintiffs, counsel Jonathan Cohen, Michael Dingman, Cooper Vaughan, Luke Weadock, Sean Oehrlein, David Bizar, and Benjamin Swanson participated. For Defendants, counsel Sarah Cummings Stewart, Jeff Layne, Kristin Parker, Caleb Hayes-Deats, and Schuyler Standley participated. Following discussion of Defendants' bases for seeking the relief described herein, Plaintiffs indicated they remain opposed to the relief sought in this Motion.

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 28, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart

4