**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, et al., <br><br> *Defendants*. | Case No. 4:26-cv-00748-O |

**<u>DECLARATION OF LEO LEWIS</u>**

I, Leo Lewis, declare as follows:

1.    My name is Leo Lewis. I am the Executive Director at World Professional Association for Transgender Health, Inc. ("WPATH"), defendant in the above-captioned matter. I reside in Washington, D.C. I am over eighteen years of age, I am of sound mind, I am capable of making this declaration, and I have personal knowledge of the facts stated herein.

2.    WPATH is a 501(c)(3) non-profit, interdisciplinary professional and educational organization devoted to transgender health.

3.    WPATH filed its articles of incorporation in Galveston, Texas on May 22, 1980, terminated its Texas incorporation on October 8, 2020, and reinstated its Texas incorporation on July 18, 2023. *See* **Exhibit 1** (WPATH Status of Texas Incorporation, dated Jul. 21, 2026), **Exhibit**

DECLARATION OF LEO LEWIS – 1

**2** (May 22, 1980, Articles of Incorporation), **Exhibit 3** (Oct. 8, 2020, Certificate of Termination), **Exhibit 4** (Jul. 18, 2023, Reinstatement After Termination).[1]

4.    WPATH was incorporated in Illinois on May 31, 2017. *See* **Exhibit 5** (May 31, 2017, Illinois Articles of Incorporation).

5.    WPATH's principal place of business is located at 1061 East Main Street, Suite 300, East Dundee, Illinois 60018, where it maintains offices and business records.

6.    WPATH is managed by Veritas, a management company, and does not directly employ any individuals. However, the Veritas employees who perform work on behalf of WPATH reside in Illinois and Washington, D.C.

7.    WPATH's Board of Directors is comprised of individuals who reside both in the United States and internationally. None of the individuals on WPATH's Board of Directors reside in Texas.

8.    WPATH's Standards of Care and Ethical Guidelines are published online at https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644.

9.    WPATH does not currently maintain offices or operations in Texas and its Board of Directors are not in Texas.

10.    Aside from its status as a 501(c)(3) non-profit organization in Texas and its registered agent in Austin, Texas, WPATH has minimal contacts in the State of Texas.

11.    As a 501(c)(3) non-profit organization with its principal place of business, including its offices, operations, management company team, and business records, in Illinois and Washington, D.C., it would be financially burdensome for WPATH to litigate in Texas.

---

[1] At certain points in time, WPATH failed to file a required Report Notice with the State of Texas and its incorporation status was temporarily suspended. However, each time, WPATH addressed the failure to file the Report Notice expeditiously and its incorporation status was immediately reinstated. Thus, these brief periods of suspension are not discussed here.

DECLARATION OF LEO LEWIS – 2

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of July 2026 in the District of Columbia.

_____
Leo Lewis

# EXHIBIT 1

Case 4:26-cv-00748-O    Document 55-1    Filed 07/28/26    Page 5 of 22    PageID 1459

# TEXAS SECRETARY of STATE
# DAVE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 51954101 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | May 22, 1980 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 30005043507 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC.

**Address:** 5900 S BALCONES DR STE 100
AUSTIN, TX 78731-1718 USA

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Name | Address | Inactive Date |
|---|---|---|
| Northwest Registered Agent LLC | 5900 Balcones Drive Suite 100 Austin, TX 78731-0000 USA | |

Order     Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 2

In the Office of the
Secretary of State of Texas

MAY 23 1980

## ARTICLES OF INCORPORATION OF

THE HARRY BENJAMIN INTERNATIONAL GENDER DYSPHORIA ASSOCIATION, INC.

Corporation Division

WE, the undersigned natural persons of the age of twenty-one (21) years or more, acting as incorporators of a non-profit corporation under the Texas Non-Profit Corporation Act, do hereby adopt the following Articles of Incorporation for such non-profit corporation

## ARTICLE I

The name of the corporation is THE HARRY BENJAMIN INTERNATIONAL GENDER DYSPHORIA ASSOCIATION, INC.

## ARTICLE II

The Corporation is a non-profit corporation.

## ARTICLE III

The period of its duration is perpetual.

## ARTICLE IV

(a) The Corporation is formed for exclusively charitable, educational and scientific purposes. It shall receive property (whether real, personal, or mixed) by donations, gift, grant, devise, bequest, or purchase and shall maintain a fund or funds of real or personal property or both and, subject to the restrictions and limitations hereinafter set forth, use and apply the whole or any part of the income therefrom and the principal thereof to promote its purposes. The Corporation's stated goal is for the purpose of providing a mechanism whereby professionals from various subspecialties of such sciences as medicine, psychology, and the law may interact and communicate with each other in the context of research on, and treatment of, gender dysphoria, including transsexualism. The Corporation will promote meetings of interested

professionals from a variety of professions and will encourage the dissemination of knowledge regarding gender dysphoria to the professions and to the public, including gender dysphoric patients.

(b) No part of the net earnings of the Corporation shall inure to the benefit of any director of the Corporation, officer of the Corporation, or any private individual (except that reasonable compensation may be paid for services rendered to or for the Corporation affecting one or more of its purposes), and no director or officer of the Corporation or any private individual shall be entitled to share in the distribution of any of the corporate assets on dissolution of the Corporation. No substantial part of the activities of the Corporation shall be the carrying on of propaganda or otherwise attempting to influence legislation, and the Corporation shall not participate in or intervene in (including the publication or distribution of statements) any political campaign on behalf of any candidate for public office.

(c) The Corporation shall distribute its income for each taxable year at such time and in such manner as not to become subject to tax on undistributed income imposed by Sec. 4942 of the Internal Revenue Code of 1954 or corresponding provisions of any subsequent federal tax laws.

(d) The Corporation shall not engage in any act of self-dealing as defined in Sec. 4941(d) of the Internal Revenue Code of 1954 or corresponding provisions of any subsequent federal tax laws.

(e) The Corporation shall not retain any excess business holdings as defined in Sec. 4943(c) of the Internal Revenue Code of 1954 or corresponding provisions of any subsequent federal tax laws.

(f) The Corporation shall not make any investments in such manner as to subject it to tax under Sec. 4944 of the Internal Revenue Code of 1954 or corresponding provisions of any subsequent federal tax laws.

(g) The Corporation shall not make any taxable expenditures as defined in Sec. 4945(d) of the Internal Revenue Code of 1954 or corresponding provisions of any subsequent federal tax laws.

-2-

(h)   Notwithstanding any other provision of these Articles of Incorporation, the Corporation shall not conduct or carry on any activities not permitted to be conducted or carried on by an organization exempt from taxation under Sec. 501(c)(3) of the Internal Revenue Code and its regulations as they now exist, or as they may hereafter be amended, or by an organization contributions to which are deductible under Sec. 170(c)(2) of the Internal Revenue Code and its regulations as they now exist, or as they may hereafter be amended.

(i)   Upon liquidation, dissolution, or winding up of the affairs of the Corporation, whether voluntary or involuntary, or by operation of the law, all the net assets of the Corporation, after the payment of all liabilities, shall be distributed to the Board of Regents of The University of Texas Medical Branch at Galveston, Texas.   In no event shall such assets or the proceeds therefrom be subject to appropriation by the Legislature or become part of the Permanent University Fund.   Should the Board of Regents of The University of Texas Medical Branch at Galveston, or any successor body to either of them, not be in existence at the time of dissolution, all such net assets shall be distributed to an organization or organizations organized and operated exclusively for charitable, educational, or scientific purposes as shall at the time qualify as an exempt organization or organizations under Sec. 501(c)(3) of the Internal Revenue Code of 1954 or the corresponding provisions of any subsequent federal tax laws, as the Board of Directors or Board of Trustees shall determine.   Any such assets not so disposed of shall be disposed of by a district court of the county in which the principal office of the Corporation is then located exclusively for such purposes, or to such organization or organizations as such court shall determine which are organized and operated exclusively for such purposes.

-3-

## ARTICLE V

The street address of the initial registered office of the Corporation is 1106 Mechanic Street, Galveston, Texas 77550, and the name of the initial registered agent at such address is Dr. Paul A. Walker.

## ARTICLE VI

No director, officer, or agent of this Corporation shall ever be personally liable for any debt or other obligation of the Corporation.

## ARTICLE VII

The direction and management of the affairs of the Corporation and the control and disposition of its property and funds shall be vested in a Board of Directors. The number of persons on the Board of Directors may be fixed by the by-laws of the Corporation, which by-laws shall not be effective until they shall have been approved by a majority of the Board of Directors and a majority of the voting charter members. All amendments to this charter and to the by-laws shall be proposed by a majority vote of the Board of Directors of the Corporation and approved by a majority of the voting members of the Corporation, in compliance with law. Until changed pursuant to the by-laws, the number of directors shall be seven (7). Each director shall serve for a term of six years, or until his successor has qualified; except that the intial Board of Directors shall serve for the following terms:

> Three directors shall be designated
> as Class A directors and shall serve
> for a term of six years;
>
> Two directors shall be designated
> as Class B directors and shall serve
> for a term of four years;
>
> Two directors shall be designated
> as Class C directors and shall serve
> for a term of two years.

The Board of Directors, at its organizational meeting, shall designate in which class each of the respective members of the initial Board of Directors shall serve.

The terms and classes of directors may be changed from time to time pursuant to the by-laws.

-4-

The names and addresses of the persons who shall serve as directors of the Corporation until their successors are duly appointed and qualified are as follows:

Jack C. Berger, M.D.
664 North Michigan Avenue
Chicago, Illinois   60611

Richard Green, M.D.
Department of Psychiatry and Behavioral Science
State University of New York at Stony Brook
Stony Brook, New York   11794

Donald R. Laub, M.D.
Division of Plastic and Reconstructive Surgery
Stanford University Medical Center
Stanford, California   94305

Jude Patton
Co-Director
Renaissance
P.O.Box 11341
Santa Ana, California   92711

Charles L. Reynolds, Jr., M.D.
The Urology Center
3113 Northwest Expressway
Oklahoma City, Oklahoma   73112

Paul A. Walker, Ph.D.
The Gender Clinic
The University of Texas Medical Branch
Galveston, Texas   77550

Leo Wollman, M.D.
2802 Mermaid Avenue
Brooklyn, New York   11224

## ARTICLE VIII

The names and addresses of the incorporators are as follows:

Paul A. Walker, Ph.D.
1106 Mechanic Street
Galveston, Texas   77550

Walter J. Meyer, III, M.D.
1106 Mechanic Street
Galveston, Texas   77550

Alice Webb, M.S.W.
1106 Mechanic Street
Galveston, Texas   77550

-5-

IN WITNESS WHEREOF, we have hereunto set our hands.

*Paul a. Walker*

*Walter J Meyer, III*

*Alice Webb*

STATE OF TEXAS

COUNTY OF GALVESTON

I, _Anna M. Rudd_, a Notary Public, do hereby certify that on the 14th day of September, 1979, personally appeared PAUL A. WALKER, who being by me first duly sworn, declared that he is the person who signed the foregoing document as incorporator and that the statements therein contained are true.

_Anna M. Rudd_
Notary Public in and for
Galveston County, Texas

STATE OF TEXAS

COUNTY OF GALVESTON

I, _Anna M Rudd_, a Notary Public, do hereby certify that on the 14th day of September, 1979, personally appeared WALTER J. MEYER, III, who being by me first duly sworn, declared that he is the person who signed the foregoing document as incorporator and that the statements therein contained are true.

_Anna M. Rudd_
Notary Public in and for
Galveston County, Texas

STATE OF TEXAS

COUNTY OF GALVESTON

I, _Anna M Rudd_, a Notary Public, do hereby certify that on the 14th day of September, 1979, personally appeared ALICE WEBB, who being by me first duly sworn, declared that she is the person who signed the foregoing document as incorporator and that the statements therein contained are true.

_Anna M. Rudd_
Notary Public in and for
Galveston County, Texas

-6-

# EXHIBIT 3

**Form 652**
**(Revised 05/11)**

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $5**



**Certificate of Termination
of a Domestic
Nonprofit Corporation or
Cooperative Association**

This space reserved for office use.

**F I L E D
In the Office of the
Secretary of State of Texas**

**OCT 0 8 2020**

**Corporations Section**

## Entity Information

1. The name of the domestic entity is:

World Professional Association for Transgender Health, Inc.

2. The entity is organized under Texas law as a ☑ nonprofit corporation ☐ cooperative association.

3. The date of formation of the entity is:    05/22/1980

4. The file number issued to the entity by the secretary of state is:    51954101

## Governing Persons

5. The names and addresses of each of the entity's governing persons are: (see instructions)

**GOVERNING PERSON 1**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| Vin | | Tangpricha | | MD |
|-----|-----|-----|-----|-----|
| First Name | M.I. | Last Name | | Suffix |

OR
IF ORGANIZATION

Organization Name
ADDRESS

| 1061 E Main Street, Suite 300 | East Dundee | IL | USA | 60118 |
|-----|-----|-----|-----|-----|
| Street or Mailing Address | City | State | Country | Zip Code |

**GOVERNING PERSON 2**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| Walter | P | Bouman | | MD |
|-----|-----|-----|-----|-----|
| First Name | M.I. | Last Name | | Suffix |

OR
IF ORGANIZATION

Organization Name
ADDRESS

| 1061 E Main Street, Suite 300 | East Dundee | IL | USA | 60118 |
|-----|-----|-----|-----|-----|
| Street or Mailing Address | City | State | Country | Zip Code |

Form 652          **RECEIVED**                    4

OCT 0 8 2020

Secretary of State

**GOVERNING PERSON 3**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| Randi | | Ettner | | | | PhD |
|---|---|---|---|---|---|---|
| First Name | M.I. | Last Name | | | | Suffix |

OR
IF ORGANIZATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Organization Name | | | | | | |

ADDRESS

| 1061 E Main Street, Suite 300 | East Dundee | IL | USA | 60118 |
|---|---|---|---|---|
| Street or Mailing Address | City | State | Country | Zip Code |

---

**GOVERNING PERSON 4**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| Sue | | O'Sullivan | | | | |
|---|---|---|---|---|---|---|
| First Name | M.I. | Last Name | | | | Suffix |

OR
IF ORGANIZATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Organization Name | | | | | | |

ADDRESS

| 1061 E Main Street, Suite 300 | East Dundee | IL | USA | 60118 |
|---|---|---|---|---|
| Street or Mailing Address | City | State | Country | Zip Code |

## Event Requiring Winding Up
(See instructions.)

6. The nature of the event requiring winding up is set forth below:    (Select either A, B, C, D, or E.)

☑ A.  A voluntary decision to wind up the entity has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

☐ B.  The period of duration specified in the governing documents of the entity has expired.

☐ C.  The occurrence of an event specified in the governing documents of the entity that requires the winding up, dissolution, or termination of the entity

☐ D.  The occurrence of an event specified in the Texas Business Organizations Code that requires the winding up, dissolution, or termination of the entity

OR

☐ E.  A court decree requiring the winding up, dissolution, or termination of the entity has been rendered under the provisions of the Texas Business Organizations Code or other law.

## Completion of Winding Up

7. The filing entity has complied with the provisions of the Texas Business Organizations Code governing its winding up.

## Supplemental Information Required For a Nonprofit Corporation

The undersigned authorized person acting on behalf of the named nonprofit corporation certifies that:

1. Any property of the nonprofit corporation has been transferred, conveyed, applied, or distributed in accordance with chapter 11 and chapter 22 of the Texas Business Organizations Code.

2. There is no suit pending against the nonprofit corporation or that adequate provision has been made for the satisfaction of any judgment, order or decree that may be entered against the nonprofit corporation in a pending suit.

3. If the nonprofit corporation received and held property permitted to be used only for charitable, religious, eleemosynary, benevolent, educational, or similar purposes, but the nonprofit corporation did not hold the property on a condition requiring return, transfer, or conveyance because of the winding up and termination, that the distribution of that property has been effected in accordance with a plan of distribution adopted in compliance with the BOC for the distribution of that property.

### Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: ___10/1/2020___

By: _____

A person authorized by law to execute the filing instrument
(see instructions)

Sue O'Sullivan
Printed or typed name of authorized person

Form 652                                 6

# EXHIBIT 4

**Form 811**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: See instructions**

**Certificate of Reinstatement**

This space reserved for office use.

1. The name of the entity is:

World Professional Association for Transgender Health, Inc.

The entity is a foreign entity that was required to obtain its registration under a name that differs from the legal name stated above. The name under which the entity is registered is:


The file number issued to the filing entity by the secretary of state is: **51954101**

2. The jurisdiction of organization of the entity is: **Texas**

*(state or country)*

The entity was organized or obtained its certificate of registration on: **May 22, 1980**

*mm/dd/yyyy*

3. The effective date of the entity's termination or revocation is: **October 8, 2020**

*mm/dd/yyyy*

4. The condition giving rise to the termination of the entity's existence or the revocation of its registration is described below. The entity requests reinstatement under the following code provision:

(Select the appropriate box below. <u>Do not check more than one box.</u>)

<u>4A. Reinstatement of a Texas Entity Following a Voluntary Termination (3 year limit)</u>

☒ The domestic filing entity requests reinstatement under section 11.202 of the BOC following the filing of a certificate of termination. The undersigned certifies that the conditions for reinstatement of the entity's certificate of formation are met and that the reinstatement of the filing entity has been approved in the manner provided by the Texas Business Organizations Code.

<u>4B. Reinstatement of a Texas Entity Following an Involuntary Termination</u>

☐ The domestic filing entity requests reinstatement of its certificate of formation after the involuntary termination of its existence by the secretary of state pursuant to subchapter F of chapter 11 of the Code. The entity has corrected the circumstances giving rise to its involuntary termination and has taken any other action required for its reinstatement, including the payment of any fees, interest, or penalties. The undersigned certifies that the reinstatement of the filing entity has been approved in the manner required by the Texas Business Organizations Code.

<u>4C. Reinstatement Following Revocation of Registration of a Foreign Entity (3 year limit)</u>

☐ The foreign filing entity requests the reinstatement of its certificate of registration after its revocation by the secretary of state pursuant to subchapter C of chapter 9 of the BOC. The entity has corrected the circumstances giving rise to its revocation and has taken any other action required for its reinstatement, including the payment of any fees, interest, or penalties.

Form 811                                    4

5. The name of the entity's registered agent and the address of the entity's registered office are as follows: (Select and complete either A or B and complete C)

☒  A.  The registered agent is an organization (cannot be the entity seeking reinstatement) by the name of:

Northwest Registered Agent, LLC

**OR**

☐  B.  The registered agent is an individual resident of the state whose name is set forth below:

| | | | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

C.  The business address of the registered agent and the registered office address is:

| | | | |
|---|---|---|---|
| 5900 Balcones Drive, Ste. 100 | Austin | TX | 78731 |
| *Street Address* | *City* | *State* | *Zip Code* |

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

## Additional Documentation or Filings

☒  Comptroller of Public Accounts Tax Clearance Letter (Required, unless entity is a nonprofit corporation.)
☐  Amendment to Certificate of Formation or Registration (Required if entity name is no longer available.)
☐  Other _____

*(A certificate of reinstatement may be conditioned on the submission of additional filings. See instructions.)*

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:    June 26, 2023

By:  World Professional Association for Transgender Health, Inc.

_____
Signature of authorized person (see instructions)

David J. Dale
Printed or typed name of authorized person

Form 811                                                    5



**GLENN HEGAR**   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

June 15, 2023

WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEA
PO BOX 1718
SONOMA CA 95476-1718

## Tax Clearance Letter for Reinstatement*

To:   Texas Secretary of State
      Corporations Section

Re:   WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEA
      Taxpayer number: 30005043507
      File number: 0051954101
      Date of Forfeiture: 10/08/2020

The referenced entity has met all franchise tax requirements and is
eligible for reinstatement through May 15, 2024.

Comptroller of Public Accounts
Account Maintenance Division
Franchise Tax Section
1-800-531-5441, ext. 34402 or 512-463-4402

* *The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of
this letter. After this date, additional franchise tax filing requirements must be met, and a new
request for tax clearance must be submitted.*

*You can file for reinstatement online at www.sos.texas.gov/corp/sosda/index.shtml. Forms and
instructions for reinstatement are available at www.sos.state.tx.us/corp/forms_option.shtml or by
calling 512-463-5555. This tax clearance letter must be attached to the reinstatement forms.*

Form 05-377 (Rev.6-10/4)

# EXHIBIT 5

FORM NFP-102.10
**ARTICLES OF INCORPORATION**
General Not For Profit Corporation Act

File # **71286681**

Filing Fee: $50

Approved By: _____ MJE _____

**FILED**
**MAY 31 2017**
**Jesse White**
**Secretary of State**

**Article 1.**
Corporate Name: WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC.

**Article 2.**
Registered Agent: VERITAS MEETING SOLUTIONS, INC.

Registered Office: 2575 NORTHWEST PKWY

ELGIN                    IL   60124-7870                    KANE COUNTY

**Article 3.**
The first Board of Directors shall be _____ 5 _____ in number, their Names and Addresses being as follows

GAIL KNUDSON, MD, 2575 NORTHWEST PARKWAY, ELGIN, IL 60124

JAMISON GREEN, PHD, 2575 NORTHWEST PARKWAY, ELGIN, IL 60124

VIN TANGPRICHA, MD PHD, 2575 NORTHWEST PKWY, ELGIN, IL 60124

RANDI ETTNER, PHD, 2575 NORTHWEST PARKWAY, ELGIN, IL 60124

WALTER PIERRE BOUMAN MD, 2575 NORTHWEST PKWY, ELGIN IL 60124

**Article 4.**    Purpose(s) for which the Corporation is organized:

Charitable.

Educational.

Scientific.

Any purpose permitted to be exempt from taxation under Section 501(c) or 501(d) of the United States Internal Revenue Code, as now in or hereafter amended.

Any purpose that would qualify for tax-deductible gifts under the Section 170(c) of the United States Internal Revenue Code, as now or hereafter amended.

Is this Corporation a Condominium Association as established under the Condominium Property Act?    ☐ Yes ☑ No
Is this a Cooperative Housing Corporation as defined in Section 216 of the Internal Revenue Code of 1954?    ☐ Yes ☑ No
Is this Corporation a Homeowner's Association, which administers a common-interest community as defined    ☐ Yes ☑ No
in subsection (c) of Section 9-102 of the code of Civil Procedure?

**Article 5.    Name & Address of Incorporator**
The undersigned incorporator hereby declares, under penalties of perjury, that the statements made in the foregoing Articles of Incorporation are true.

|  |  |
|---|---|
| SUE O'SULLIVAN | 2575 NORTHWEST PARKWAY |
| Name | Street |

Dated _____ MAY 31 _____ , _____ 2017 _____       ELGIN, IL  60124
              Month & Day            Year                City, State, ZIP

This document was created electronically at www.cyberdriveillinois.com