

## The Commonwealth of Massachusetts

### SUPREME JUDICIAL COURT

CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK

JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.MASS.GOV/COURTS

**Telephone:**
(617) 557-1100

**General Email:**
sjccountyclerk@sjcstate.ma.us

**Bar Admission Email:**
sjc.mass.bar.admission@jud.state.ma.us



**ALLISON S. CARTWRIGHT**
CLERK

July 31, 2026

Attorney Morgan Blair Carmen
Morgan Carmen

▉▉▉▉▉▉▉▉▉▉

morgan.carmen@mass.gov
*personal address redacted

**IN RE:        CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Morgan Blair Carmen .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/CM  07.31.2026/07.30.2026

2025.01_Amended:Version2025.01.01

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **July 16, 2025**, said Court being the highest Court of Record in said Commonwealth:

## Morgan Blair Carmen

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **thirty-first** day of **July**

in the year of our Lord **two thousand and twenty-six.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County