**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*, <br><br> *Defendants*. | Case No. 4:26-cv-00748-O |

**[PROPOSED] ORDER**

Upon consideration of the motion of the Commonwealth of Massachusetts and the States of California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New York, Oregon, Rhode Island, Virginia, Vermont, and Washington, and the District of Columbia for permission to file a proposed brief as amici curiae,

**IT IS HEREBY ORDERED** that the motion is granted and the amicus brief is accepted for filing.

_____        _____
DATE                                                                U.S. DISTRICT JUDGE