**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,

Defendants

Case No. 4:26-cv-00748-O

**MOTION: (1) TO STRIKE MOTION OF MASSACHUSETTS AND OTHER STATES FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE (ECF NO. 58); AND (2) TO EXTEND CERTAIN RELATED PAGE LIMITS AND RETURN DATES.**

Local Rule 7.1(a) requires movants to "confer with an attorney for each party affected by the requested relief" before filing. Proposed Amici failed to confer with the State Plaintiffs at all and failed to confer with the FTC in good faith. The Court should therefore strike Proposed Amici's motion, *see* Fed. R. Civ. P. 12(f).

Should the Court strike the motion, the FTC also moves the Court to allow it up to 50 pages to oppose Defendants' motion to dismiss (ECF No. 53) (July 28, 2026), and Defendants' venue motion (ECF No. 55) (July 28, 2026), which is the same relief the Court afforded Defendants for their motions, *see* ECF No. 50 (July 27, 2026). Should the Court allow Proposed Amici to proceed—and it should not—then Plaintiffs ask for: (1) an additional 5 pages (or 55

total) to oppose Defendants' motions and respond to Proposed Amici; and (2) an additional eight days to oppose Defendants' motions and respond to Proposed Amici because, rather than file at the same time, Proposed Amici waited eight days after Defendants filed their motions to submit their brief.

Dated: August 10, 2026

Respectfully submitted,


/s/ Jonathan Cohen
Jonathan Cohen
*Acting Deputy Director*
District of Columbia Bar No. 483454*

R. Cooper Vaughan
*Senior Counsel to the Director*
Virginia State Bar No. 92580

Glenna Goldis
*Assistant Director for Special Projects*
New York Reg. No. 4868600*

Michael Dingman
*Senior Counsel to the Director*
District of Columbia Bar No. 90001474*

Hans Clausen
*Attorney*
Georgia Bar No. 153250*

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: jcohen2@FTC.gov

*Admitted *pro hac vice*

Of Counsel

CHRISTOPHER MUFARRIGE
*Director*, Bureau of Consumer Protection

KATHERINE WHITE
*Principal Deputy Director*, Bureau of Consumer Protection

ANNIE CHIANG
*Acting Deputy Director*, Bureau of Consumer Protection

**FOR THE STATE OF IOWA:**

BRENNA BIRD
Attorney General of Iowa

Eric Wessan

Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
Counsel for State of Iowa

**FOR THE STATE OF NEBRASKA:**

Eric Fern
Counsel for State of Nebraska
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, NE 68508
(402) 471-3811
(402) 471-4725 (fax)
Erik.Fern@nebraska.gov
Counsel for State of Nebraska

**FOR THE STATE OF ALASKA:**

Charles J. Gartland

Charles J. Gartland
Counsel for State of Alaska
Alaska Attorney General's Office
1031 W. 4th Ave.
Anchorage, AK 99501-1994
(907) 269-5100
(907) 276-3697 (fax)
charles.gartland@alaska.gov
Counsel for State of Alaska

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**JOHNATHAN STONE**
Chief, Consumer Protection Division

**DAVID BIZAR**
Assistant Attorney General
Texas State Bar No.:
N.D. Tex. Bar No.:
**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Consumer Protection Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2185
Fax: (512) 473-8301
David.Bizar@oag.texas.gov

**ATTORNEY FOR PLAINTIFF,
THE STATE OF TEXAS**