**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00748-O** |
| | § | |
| **WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court are the Commonwealth of Massachusetts and the States of California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New York, Oregon, Rhode Island, Virginia, Vermont, and Washington, and the District of Columbia's ("Amici") Motion for Leave to File a Memorandum of Law as Amici Curiae in Support of Defendant's Motion to Dismiss (ECF No. 58); Plaintiff Federal Trade Commission's ("FTC") Motion to Strike and Brief in Support (ECF Nos. 60–61); Amici's Response (ECF No. 63); and Defendants' Response (ECF No. 64).

Having considered the Motions, briefing, and applicable law the Court **GRANTS** Amici's Motion and the amicus brief is accepted for filing. The Court does not find sufficient cause to strike Amici's motion. Accordingly, FTC's Motion to Strike (ECF No. 60) is **DENIED**.

It is **ORDERED** that Plaintiffs' requests for a total of 55 pages and an additional 8 days to respond to Defendants' and Amici's motions are **GRANTED.**

Because the Amici States do not request party status or oral argument time, and seek leave only to file an amicus brief, the Amici's Motion to Proceed Without Local Counsel (ECF No. 57) is **DENIED** as moot.

**SO ORDERED** on this **14th day** of **August, 2026.**



Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**