# EXHIBIT 7

**DECLARATION OF JONATHON SKINNER**
**Pursuant to 28 U.S.C. § 1746**

I, Jonathon (Jonni) Skinner, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in Michigan.
2. I was born in 2002 and grew up in small towns in southwest Michigan.
3. I am a gay man. As far back as I can remember, I have been feminine. From preschool onward I played kiss and tag with boys, my closest friends were girls, and I looked up to Disney princesses.
4. I was also just a regular kid. I loved gardening, playing in the woods, and drawing.
5. Once in preschool I held a boy's hand. This seemed to alarm the adults at school. They taught me that boys do not hold hands with each other and they kept us apart from then on. It was embarrassing.
6. My older brother, grandfather, and uncle used to tell me to "man up" and "stop acting like a sissy" when kids bullied me. Teachers would encourage me to defend myself, too. But I would just run away. I have never had any interest in physical conflict.
7. I always felt set aside and ridiculed for being different as a child. In hindsight I think of my effeminacy as natural – lots of gay men like me have similar childhood memories. But at the time I understood from adults that my gender-nonconformity was a symptom of autism, which I had been diagnosed with around age 4. They said I was confused about being a boy.
8. Christianity was a big part of the culture in my town. Around age 7 I became devout myself. While I found religion comforting in some ways, in other ways it was upsetting – I was aware of Leviticus's proscription on homosexuality from a young age, and I sensed

it applied to me. My pastor publicly said gay people were damned to hell and it seemed like the congregation agreed. I felt shunned at church.

9. In fifth grade I began attending a tiny Lutheran school. We once spent class discussing how the legalization of gay marriage was a sign of the end-times.

10. In middle school my older brother joked about me getting AIDS and asked me, "are you going to go around fucking dudes?" My mother's boyfriend at the time was vehemently opposed to gay relationships. My grandfather had been calling me names as far back as I can remember, like the F-slur. When a gay character would show up in one of our favorite TV shows, like Family Guy, the men in my home would often change the channel.

11. Getting through the school day was hard for me. Not only was I bullied for not fitting in, but I suffered from intrusive thoughts like scenes from a scary movie suddenly popping up in my head, or obsessing over feeling like a burden. I also experienced panic attacks.

**I Did Not Want to Be Gay**

12. By around age 12, I knew I was probably gay. I looked online for people to talk to about it.

13. Adult men would chat with me online. I already had a negative view of gay men from my family and church, and these icky interactions reinforced it. I sensed they saw me as a twink (a stereotypically ditzy young gay boy). It seemed like gay culture only valued feminine males for a few years while they were very young, and then they aged into irrelevance. My dream for the future was to marry a man and live a normal life.

14. I did not like how my appearance was changing – I felt like a troglodyte. I could not stand to have other people looking at me.

15. Online I learned about being transgender from influencers like Jazz Jennings and Gigi Gorgeous. Their childhood stories seemed similar to mine. Now they showed off that they had boyfriends, implying that was impossible when they were a "gay boy."

16. Then my math tutor [redacted], a family friend who was about ten years older than me, told me that she was transgender. She told me about a clinic that was helping her medically transition. Before that I had understood her to be a lesbian – everyone knew that about her. Seeing the excitement that [redacted] felt over being transgender, in addition to what I saw online, made me feel encouraged to take the next step.

17. At age 13, in February of 2016, I called my mom while she was at work and told her I thought I might be transgender. I also told her I was attracted to boys. Going into the call I was extremely nervous and sweating profusely, but she reassured me. She said I could grow my hair out and experiment with makeup, and she would love me no matter what.

**I Sought Acceptance at an "LGBT" Medical Clinic**

18. My mom set up an appointment for me with the gender clinic at Mott Children's Hospital, which was affiliated with the University of Michigan. It was about a four-hour drive from our home.

19. I felt hopeful. I imagined the clinic would be an "LGBT"-friendly environment that could connect me to older members of the community and provide counseling to help me figure myself out. I did not view it as someplace that would automatically recommend medical transition.

20. At my first appointment with the clinic, I met with a counselor named Sara E. Wiener. We had a long conversation about my effeminacy and feelings about boys. She said I had a "feminine essence."

21. Wiener reinforced my fears about being gay. She said that society did not accept effeminate men, and gay men were hostile toward effeminacy, too. I had the impression that one way or another, I would have to "man up" to be accepted. After this discussion I told her I could not picture a happy future as a gay man. "It is dark and sad and I do not want to live that way." She recorded this line in her notes.

22. Wiener also recorded:

> Jonathon meets DSM 5 criteria for Gender Dysphoria, and he meets WPATH Standards of Care version 7 criteria for the initiation of cross sex hormones.

23. Within a few weeks my mother and I met with the clinic's director, an endocrinologist named Dr. Daniel Shumer. Wiener was there too. I told them about the shame and fear I felt about being attracted to boys. They confirmed that being a feminine gay man was hard and told me that liking boys was a sign of a female gender identity.

24. Dr. Shumer explained to me that I was not a gay boy because gay boys had male brains. I ended up with a female brain, he said, because as a fetus I was not exposed to enough testosterone at a certain stage. He drew a diagram of a fetus or embryo on a whiteboard as he spoke. It made perfect sense to me.

25. For years after that conversation, I viewed my body as defective because I thought it was supposed to be female.

26. Dr. Shumer told me that cross-sex hormones had been used since the 1960s with great success and carried hardly any permanent or damaging side effects.

27. Dr. Shumer told me that cross-sex hormones would give me female musculature, enabling me to experience multiple full-body orgasms. He said this would make my sexual experiences better. At that point, I had never dated anyone or had an orgasm.

28. Dr. Shumer told my mom, in front of me, that 60% of transgender kids kill themselves if they are not medically transitioned. I took that to mean going through puberty would make me miserable. I already felt nervous about puberty, and that was like pouring gasoline on the fire.

29. During some of my appointments at Mott I was given grocery cards and cash. For the cash, they said it was for participating in a study.

30. When I first started medically transitioning, Dr. Shumer told me I was part of a long-term study on youth transition. I filled out online surveys about my experience for the study. The questions were about subjective matters like whether I felt happy and what my preferred pronouns were. But Mott stopped sending me them at some point.

31. The men in my family accepted the idea that I was a transgender girl. They did not bully me for being transgender the way they had for being a feminine boy. My brother was the first person in my personal life to consistently use she/her pronouns for me, and then my uncle.

**My Health Deteriorated on Transition Drugs**

32. Dr. Shumer prescribed me Spironolactone to inhibit my testosterone uptake in the summer of 2016. Within a few days I passed out at my grandmother's house with a hot flash. I was also suffering from dizzy spells. Dr. Shumer cut my dosage and then, about six weeks later, prescribed estrogen.

33. By now I was desperate not to develop masculine characteristics. Dr. Shumer told me that if I did, I would not be able to blend into society as a woman. I felt that I needed to hit pause. I was still 13.

34. Dr. Shumer suggested I also use a puberty blocker to prevent my body from producing testosterone. In November of 2016, when I was 13 or 14, I asked him questions about possible side effects (my mother had told me to). He said I could avoid taking medications to lower my testosterone levels by undergoing an orchiectomy after I turned 16. He described that procedure as removing my gonads and said it was more efficient treatment than medication at lowering testosterone levels.
35. The Spironolactone made me leak urine during the day, so I did not want to stay on that. Dr. Shumer prescribed a puberty blocker instead when I was 14, which he surgically implanted in my arm. I soon began experiencing hot flashes, night sweats, severe pains around my genitals (like the area was sharply seizing up), and full-body charlie horses. The muscle spasms made it impossible for me to ride my bike. I could not keep weight on because I had no appetite.
36. In 2017 my urine was strawberry colored and seemed to contain flakes of skin. It felt like I was dissolving inside – that is how painful it felt. This went on for months. Eventually the urine was dark red.
37. Dr. Shumer said this symptom was not from the puberty blocker. He did not offer any other explanation. In 2018, another doctor found I had a lesion on my bladder.
38. I googled the puberty blocker, Histrelin, and saw one of the listed side effects is blood in the urine.
39. Throughout this time I was also dealing with urinary incontinence, which meant having accidents in class. I wanted to see a specialist but worried that they might be biased against me for being feminine or transgender. Dr. Shumer recommended that I see his

colleague, Dr. Bryan Shanley Sack, at the University of Michigan Pediatric Urology Clinic.

40. In October 2018 I visited Dr. Sack. He did not give me any useful advice or prescription. My mother asked him if there were any connection between transition drugs and hematuria or incontinence. Dr. Sack insisted the answer was no. He said that these drugs had been used for decades. He wrote in my chart:

> I suspect her symptoms are secondary to dysfunctional social voiding / holding onto urine. She reports she will often hold onto her urine for long periods of time (due to issues with bathroom use at school).

41. I did not believe that "issues with bathroom use at school" caused my incontinence. I used the restroom in the nurse's office. I had always done that, even before I transitioned, because of germophobia. I could not have gone long periods without using the restroom even if I wanted to because of incontinence. I felt like my muscles were too weak to hold my urine.

42. I later read that in February 2026, Dr. Sack was arraigned on six felony charges related to possession of "child sexually abusive material."[1]

43. After Dr. Sack diagnosed my problem as "dysfunctional social voiding," Dr. Shumer wrote a letter to the school about my bathroom access. School officials took away my key to the nurse's office to encourage me to use the girls' room. (They were very supportive of my transition.)

44. Finally I got the puberty blocker removed from my arm in late 2018 when I was almost 16. Within a few months I stopped urinating blood.

[1] https://www.cbsnews.com/detroit/news/ann-arbor-doctor-arrested-child-sexually-abusive-material-charges/

45. My appointments at Mott were often unsatisfying. I did not get all my questions answered. The clinicians, including Dr. Shumer, were always talking about my appearance. Dr. Shumer would tell me how "pretty" I looked, for example, or explain how I could get face surgery in the future to shave down my brow (he said the University of Michigan would perform the operation on 16-year olds). I felt like they saw me as their art project.

46. Dr. Shumer prescribed Spironolactone again to inhibit my testosterone. Since it caused incontinence and I read online that it caused organ damage, I did not take the full dose. After a few years I stopped altogether.

47. Beginning at 13 I was also prescribed estrogen. For a time I was also on progesterone. I grew breasts that looked similar to a woman's.

48. For years while on estrogen I had a painful knot in one of my breasts. They both often leaked a milky white fluid. Doctors told me I was "lactating," as though that was typical for girls. Dr. Shumer said "welcome to womanhood." This problem limited what clothes I could wear because the fabric needed to camouflage the fluid.

**Erections Felt Like Scraping Broken Glass Against My Penis**

49. I had never experienced an orgasm before medical transition. While on transition drugs I experienced erections that were excruciatingly painful in a way that made me think of broken glass or stabbing needles.

50. Around age 14 I first asked Dr. Shumer if the painful erections could be connected to medical transition. Normally he was jolly but when I asked this, he shut down. His body language, facial expression, and tone became cold, and he did not make eye contact. His answer was essentially, No, medical transition does not cause painful erections.

51. Later when I brought up the subject of painful erections, Dr. Shumer would shift the conversation to something else. Once when I was 14 or 15, he said there are other ways to find sexual pleasure, and explained there are toys that can be used anally to stimulate the prostate.

52. At age 17 I confronted Dr. Shumer about my painful erections, incontinence, and other health issues over the phone. He denied that his prescriptions were the culprit. I cried after that call.

53. My mom took me to doctors all over Michigan and beyond to determine what was causing my urinary and erectile issues. They denied it could be the transition drugs. They all assured us that transition was "safe" and backed by major medical institutions.

54. The doctor at University of Chicago said he understood our frustration with Mott not answering our questions. Then he tried to sell us on switching to his hospital's pediatric transition clinic.

55. I researched painful erections online. No medical organization mentioned they could be caused by transition drugs. The most credible-seeming cause I could find was "botched circumcision." Around 2020 I became worried that something had gone wrong with my circumcision as an infant, and the consequences did not show up until puberty.

**Transitioning Made Me Feel Hopeless**

56. Dr. Shumer told me I would have a wider dating pool after developing like a woman because straight men would be attracted to me. He warned me at age 13 that if I did not immediately start medically transitioning, I would become unattractive to these men by growing masculine features that were impossible to reverse with medication. He said I

would be "clockable," meaning I would look like a man in a dress rather than like a woman.

57. The drugs seemed to work at stunting my growth. I only grew to be about 5-foot-8 (Shumer said I would grow over 6 feet tall without them) and I did not grow facial hair. I was also very skinny. I could not gain weight even though I tried.

58. When I started looking for a boyfriend in my late teens, the only men who seemed interested in me were middle-aged and had a specific interest in young males with breasts. I did not seem to have the same options as a regular straight teenage girl.

59. I often felt hopeless during my adolescence. Once I called the Trevor Project because I understood it to be a suicide hotline for "LGBT" kids like me. At first the person I spoke with was very kind and affirming. But as I explained how I thought the medical transition was hurting me, the person became quiet. Then they abruptly hung up. I cried myself to sleep that night.

60. I found an endocrinologist near my home around when I was 18, Amanda Morris. At first she prescribed me transition medication as I requested. Over time I confided in her about my medical problems, from incontinence to brain fog. I often cried in her office.

61. When I was 21, Dr. Morris explained how my medical problems could be caused by medical transition. She said she did not know what was happening because she had never treated a patient who was transitioned as young as I was. She suggested I take a break from the hormones to see if that helped. Her honesty was bracing. I cried because I thought I needed these drugs, but at the same time, I suspected she was right about them damaging my body.

62. Between December of 2023 and March of 2024, as an experiment, I decided to surrender to Mother Nature and stop taking the drugs.

**I Stopped Believing I Had a Brain Condition**

63. Around this time I started meeting people online with all different views on transition. Our conversations made me reflect on whether I could live my life as androgynous rather than "female."

64. In 2024 I was watching the news with my mom when a segment on pediatric transition aired. It mentioned WPATH (World Professional Association for Transgender Health). I recognized the name WPATH – I had heard it from Dr. Shumer and assumed it was a legitimate authority.

65. This led me to look up The WPATH Files, which was an article and collection of leaked videos and emails. The videos disturbed me. They showed doctors speaking cavalierly about infertility caused by pediatric transition. One joked about transgender young adults who realized they wanted a baby because "the dog isn't doing it for you anymore."

66. The doctors' casual tone reminded me of how my providers at Mott talked to me. They joked about how the world was an awful place that I would not want to bring children into. They were lighthearted about taking away my fertility, yet acted like developing a masculine jaw was the most serious thing in the world.

67. The WPATH Files confirmed for me that I should not use cross-sex hormones. I was never female in any sense, and estrogen was not a valid treatment for my mental health issues.

68. I requested my medical records from Mott in 2024. They were full of rosy accounts of my visits that left out many of the medical issues I reported at the time.

69. The Mott records referenced WPATH. For example,

> Our clinic is guided by The Endocrine Society Guidelines and WPATH Standards of Care for the care of transgender children and adolescents. According to The Endocrine Society Guidelines and WPATH Standards of Care, adolescent patients with persistent gender dysphoria are very likely to continue to be transgender into adulthood, and medical intervention is often extremely helpful.

70. In 2024 I worked as a cheese monger. We had a lot of gay clients from Chicago. Some of them were married couples. It struck me how similar I was to many of these men – we had the same mannerisms, way of talking, and sense of style. I saw them as successful. They had husbands and jobs. Socializing with them made me wonder, Why did I believe that being a feminine gay man was a horrible fate?

**I Have Not Recovered from Medical Transition**

71. I have now been free of transition drugs for over two years. I am 23 years old.

72. Going off estrogen seemed to cause withdrawal effects for several months. I experienced intense hot flashes where I would feel nauseous and lightheaded. I also experienced night sweats, muscle spasms, and soreness all over. This subsided after about six to eight months. Then I started to grow facial hair.

73. My breasts still feel sore and leak sometimes, but not as badly as before. They have shrunken a bit. I believe the clinical term for my chest growth is gynecomastia, but doctors never call it that.

74. Over the past two years I have developed bone growths on my feet, chest, and head that are painful. Sometimes I wake up with throbbing pain in my foot that is so bad I cannot even walk the dog. The growths keep spreading. Doctors have run X-rays and MRIs. They say the bones are just my natural skeleton.

75. I still suffer from urinary incontinence if I sneeze, cry, laugh, or lift something heavy. Just bending over can cause a trickle. I am like a faucet that does not turn off. It is just a constant drip, even though I have been to physical therapy and tried medications. I often wear multiple pairs of underwear or change my underwear throughout the day. I typically wear black pants in public to disguise the leaks.

76. I have never experienced an orgasm.

77. I am grateful that I never underwent surgery like brow shaving, jaw reduction, or vaginoplasty. I wanted those operations when I was a teenager but my mother steered me away from them.

78. Over the past few years I have testified in state legislatures and spoken at conferences about my experience with medical transition. I also speak privately with other survivors of pediatric transition who are struggling. I want people to understand that it is OK to be a feminine man or a masculine woman, and that transitioning is not safe for kids.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2026.

Jonathon Skinner (May 18, 2026 13:09:50 EDT)

Jonathon Skinner