# EXHIBIT 8

**DECLARATION OF MELISSA SKINNER**
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in [redacted].
2. I have two sons. My youngest, Jonathon (who goes by Jonni now), was born in 2002.
3. Jonni was always different from other boys. He was gentle and soft-spoken. He has a sweet soul.
4. I come from a rough neighborhood in [redacted] where some people throw around homophobic slurs. I tried to raise my boys differently but it was hard to shield them. I worked practically all the time because my sons' fathers rarely paid child support (I received no more than a few thousand dollars from them total, combined), and I tried to avoid taking welfare.
5. My father called Jonni a "faggot" in front of other people in town when he was just in kindergarten. My brother and older son teased him for "running like a girl" and things like that. I fought with them. I said he was too young to be labeled, and he just seemed different because he was autistic. He had been diagnosed with that at age 4. The teachers and counselors said he was confused about how to behave as a boy because he was autistic.
6. My friend's daughter, [redacted] was called names for being a lesbian starting in childhood. She was about ten years older than Jonni and tutored him in math. When I opened my own secondhand auto dealership with a partner, I hired her to help with administrative tasks. It did not make a difference to me that she was a lesbian.

7. When Jonni was 13, in 2016, he called me at work. He sounded upset. He told me he thought he might be "transgender." He also told me [redacted] was transgender. He said he wanted to set up an appointment. I used the information that [redacted] and Jonni gave me to find a counselor in Michigan. She worked at the University of Michigan Mott Children's Hospital.

**I Sought Help for My Son at the University of Michigan**

8. I did not have a clear understanding of what "transgender" meant. My main concern was that I wanted Jonni to accept himself after being bullied his whole life for autism. In my mind the University of Michigan was the best provider in the state for healthcare and mental health treatment, so I set up the appointment that Jonni wanted.

9. Our first appointment was with a counselor named Sara Wiener. She met with Jonni alone for much of the time.

10. When we met together afterward, Wiener congratulated me on having a daughter. I did not understand. She then asked me, in front of Jonni, "Would you rather have a dead son or a living daughter?" She provided a statistic about how many transgender kids make it from 13 to 23 – she claimed that something like 60% of these kids commit suicide. Since Jonni was 13 and had already struggled with mental health issues, that upset me. I started crying.

11. Wiener offered to set up an appointment for us with an endocrinologist, Dr. Daniel Shumer, who she described as the best doctor around. I agreed to take Jonni to see him.

12. Going into the appointment, I trusted Dr. Shumer and Wiener. My mindset was that they were trying to save my kid's life. But I still needed to understand what they were proposing.

13. To answer my questions about what transgender meant, Dr. Shumer drew a diagram on a whiteboard. Embryos are all female, he said, but then testosterone makes some of them male. He said that my body did not deliver enough testosterone to Jonni at the right time, so he developed a male body without a male brain. He said that when Jonni heard voices (a problem I now think was due to obsessive-compulsive disorder) that was an inner person trying to come out. In order words, he was a girl in a boy's body or he had a girl inside of him.
14. I wanted to understand the difference between being transgender and being gay. Since I noticed Dr. Shumer had the same mannerisms as Jonni and seemed to be a gay man, I asked him whether he wanted to have transgender procedures. He said no because he knew he was a man, whereas Jonni did not know he was male.
15. Dr. Shumer seemed upset by the question. From then on I did not press Dr. Shumer about Jonni possibly being gay because I worried about sounding offensive.
16. Dr. Shumer performed an exam on Jonni with me outside the room. Afterward he told me we were running out of time to prevent Jonni from developing adult male characteristics, like strong face bones. He said he wanted to prescribe drugs to close Jonni's growth plates or else he would be over six feet tall, like his father.
17. Dr. Shumer told me that estrogen would be safe for Jonni because males already produce estrogen – this would just be changing the amount.
18. I had a lot of questions about how medical transition would affect Jonni's health. Dr. Shumer often seemed annoyed by them. Sometimes when I asked about certain side effects Jonni had, like breast pain and hematuria, Dr. Shumer responded in a sharp tone of

voice, something like, “that’s not an appropriate question for me. I’m not that type of doctor.” Eventually I stopped asking Dr. Shumer questions.

19. Ultimately I consented to allow Dr. Shumer to transition Jonni because I was afraid he would kill himself without that treatment, based on what the clinicians had told me.

**Mott Children’s Hospital Sent My Son to a Sex Shop**

20. At one of our early visits to Mott, Wiener recommended I buy Jonni shaping forms at a store in Detroit (several hours from our home) called Janet’s Closet. I thought she meant clothing.

21. I expected Janet’s Closet to be some sort of women’s store. When we finally arrived, I saw the purple building and thought it looked like a sex shop. I researched on my phone whether we could buy the items somewhere else, but I could not find anywhere in that area or near our home. So I took Jonni inside with me.

22. A man dressed up to resemble a woman was working inside. After looking over the papers Wiener had given me, he led us around a corner past lighted cases with dildoes and other sex toys. I tried to shield Jonni as much as possible, walking him to the outside.

23. Finally we arrived in a room that displayed body-shaping clothing in children’s sizes. The man picked out a breast form in a halter top style for Jonni, and underwear with hips and a butt sewn into them. Altogether the items cost a few hundred dollars. Jonni said he did not think he would like wearing them. I did not think so either but I wanted to be open because I was worried about him becoming suicidal. Later he tried the items on and said he felt gross, so I threw it all in the garbage.

**Mott Children’s Hospital Targeted My Son While We Were Homeless**

24. In one of the early meetings with Dr. Shumer I questioned the need for medical transition. He turned to Jonni and said, "if you don't feel you're in a supportive home, we can find you one."

25. That chilled me. I was already worried about the state taking custody of Jonni because I was a single mother and we did not have a stable home at the time.

26. A few months before Jonni told me he was transgender, I had broken up with my longtime partner. I was losing the car dealership that I owned and our home, and I was in hundreds of thousands of dollars in debt. Jonni knew about this turmoil.

27. About a month after our first appointment at Mott, we were out of our house. I found new work as a trainer of managers and salespeople for AutoMax, and selling at event sales, which had me traveling all over the country every week. Jonni would stay with me at hotels. We kept our belongings with family in Michigan, but we did not maintain our own place there or anywhere.

28. I homeschooled Jonni for a time. Dr. Shumer advised us that would be best because he would be bullied in school.

29. Dr. Shumer knew about at least some of the disruptions in our lives. He wrote in Jonni's records when he was 13 that we "continue to lead a nomadic existence."

30. I would have liked to raise Jonni in one home, without constant travel and me working so many hours. But my professional options were limited because I did not complete high school.

31. At our early visits to Mott, the staff gave us money. First Wiener gave us a $100 grocery gift card. Then staff at Mott paid Jonni $50 for completing some sort of survey.

32. During our first visit with Dr. Shumer, he and Wiener said Jonni would have a “team” of professionals helping him. I took that to mean Wiener would be his therapist. But that turned out not to be the case. They did not offer mental health services to Jonni.

**My Son Urinated Blood**

33. The first drug Dr. Shumer prescribed to Jonni was Spironolactone to inhibit his testosterone uptake. About six weeks later Dr. Shumer added estrogen. Jonni was still 13 years old.

34. The men in my family were supportive of Jonni transitioning. My brother and son used she/her pronouns for Jonni, and my father did not object.

35. For the first few months of his treatment at Mott, Jonni seemed happy. Previously he had hidden inside his hoodie all the time, but now he was chatty and social. I took this to mean medical transition was helping him.

36. Now I think Jonni felt a boost of confidence because so many adults were vocally supporting him. I wonder: if his family and teachers had shown him the same support for being gay, would that have eased his depression and anxiety?

37. Soon Jonni began to experience harrowing health problems, including hematuria (blood in his urine) and incontinence. I took him to multiple doctors in Michigan and Illinois. They all dismissed my concern that medical transition could be causing the problems.

38. The doctor we saw at the University of Chicago was one of those doctors. He said Jonni’s problems were not caused by transition medication. He encouraged me to stop bringing Jonni to Dr. Shumer and instead transfer his care to the University of Chicago’s pediatric transition clinic, which he said was a better program.

39. Doctors often made me feel stupid when I questioned them about medical transition. They kept telling me his problems could not be caused by the transition medicine but did not explain why. I am aware of my own lack of training and I respected theirs, so I would just hope they were right. But I did continue to seek out second opinions over the years.

40. For most of the time Jonni was prescribed transition drugs as a minor, Medicaid paid for it. There was a period from about 2017 to 2018 when I had private insurance, and I would pay copays for his drugs and doctor appointments.

**My Son Wanted a Surgeon to Make His Head Smaller**

41. Jonni expressed concern to me about who he could marry in the future. He said Dr. Shumer told him straight men date transgender women. I told Jonni that did not sound realistic to me. But I expressed it in a gentle way and did not push the point. I felt Dr. Shumer was the authority on "LGBT" sexuality, not me.

42. Jonni used to say he felt self-conscious about his prominent brow, jaw, and chin. At age 13, Dr. Shumer told us that was why he needed to use puberty blockers right away. When Jonni was 14, Dr. Shumer told him the University of Michigan offered face surgeries to boys at age 16 to help them pass as female. For example, there was one to sand down a boy's brow bone and another to saw off part of his jaw. Jonni expressed interest in having these operations. (I was in the room for these conversations.)

43. I hoped Jonni would change his mind. Meanwhile I came up with excuses why he should not seek surgery from the University of Michigan: we could not afford it, or we should try to get an appointment with Jazz Jennings' surgeon.[1]

**I Stopped Trusting Mott**

[1] Jazz Jennings is a transgender activist who medically transitioned as a child. Jonni knew about Jennings because of the reality TV show, *I Am Jazz*.

44. For years I was ambivalent about pediatric transition. I suspected it was causing Jonni's health problems, but on the other hand I thought people who criticized it were likely coming from a place of bias against transgender people.

45. In 2024 Jonni and I saw a segment on the news about WPATH.[2] Then I looked for more information online. I learned that they commonly said "would you rather have a living daughter or a dead son" to parents. It reminded me of a sales tactic called "word track" that I know from training salespeople. It is like saying to customers, "do you want fries with that?" I had a sick feeling in my stomach.

46. Over the last few years I have felt proud to see Jonni stand up and advocate for kids like he once was by testifying in state legislatures and speaking publicly.

47. [redacted] died a few years ago, when she was 32. Her mother told me she had a heart attack in her sleep. She had been presenting herself as a man. I believe she used testosterone for years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2026.

Melissa Skinner
Melissa Skinner (May 29, 2026 13:34:33 EDT)

Melissa Skinner

[2] World Professional Association for Transgender Health