# EXHIBIT 10

**DECLARATION OF [redacted]**
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in [redacted], [redacted]
2. I was born in [redacted] and grew up in the suburbs of [redacted] and [redacted]
3. I am a lesbian.
4. I was considered rowdy, aggressive, and "tomboyish" as a child. Based on this stereotypically masculine behavior, people would jokingly tell me I should have been a boy.
5. As I entered puberty in the fifth grade, in 2007, I became increasingly uncomfortable with the feminine changes to my body and the discord between those changes and my masculine behavior. I developed an attraction to other girls. In middle school, I did not consider myself to be straight but did not identify as a lesbian either—I tried not to consider that at all.
6. When I watched romantic movies, I identified with the male characters. They were chivalrous and admirable, and won the heart of the female lead. I wanted to be like them. I did not see representations of lesbians in those roles, or representations of women who had those masculine and chivalrous traits.
7. In music, movies, and interactions with my peers, lesbians were depicted in a feminine and hyper-sexualized manner that was heavily influenced by pornography. I did not identify at all with those depictions of lesbians.
8. The only person in my life who I understood to be a lesbian was a gym teacher at my school. I did not have a class with her, but from what I could tell she was a kind person

and good teacher. Nevertheless, students mocked her for her lack of femininity and called her ugly. I felt connected to her but I was afraid to look like her and what that would mean for me socially. This reinforced my view that being a masculine woman was shameful.

9. Other kids seemed to notice I was different from them. They called me a lesbian as an insult. I did not call myself that.

**I Encountered the Idea that Some Girls Are Actually Boys**

10. When I was around twelve I started engaging in self-harm cutting behavior that continued for the next few years, along with suicidal thoughts and attempts, resulting in several psychiatric hospitalizations. My diagnoses included bi-polar disorder and chronic adjustment disorder.

11. When I was fourteen I encountered the term “wrong-bodied” on Tumblr, which was a blogging and social media platform. I immediately internalized it along with the idea of being “transgender,” meaning I was male but had a female body. This seemed right to me because I had always had masculine qualities and I felt uncomfortable with being female. I started identifying as male and researching medical transition.

12. I started by informing a friend from another school, and then my best friend at school. The summer before ninth grade I told my stepdad, and then by fall of ninth grade I came out as transgender on Facebook, to my whole community.

13. The reaction was mixed. Some of my friends were supportive. Many of my classmates bullied me for it, which felt like a continuation of how they treated me before (when they saw me as a lesbian).

14. I did not like attending school in part because of how my peers treated me, so I had truancy problems. I moved to live with cousins in [redacted]. I did not feel like I fit in there, either. I returned to [redacted] four months later.

15. I was still reading about transgender identity online. I cared very much about the proper medical standards for determining if someone was a strong candidate for transition. I read about them and believed I met them: I thought I had a male brain in a female body and was truly "transgender." In hindsight, I think the standards just described a butch lesbian.

16. In ninth grade, when I was 15, I was committed to a psychiatric ward after a suicide attempt. There, I was referred to the University of Minnesota Center for Sexual Health (CSH)[1] because I reported I was transgender. I had two intake visits at the CSH in May of 2012, both with a psychologist, Dr. Dianne Berg.

17. Later I continued seeing Dr. Berg for therapy and I began seeing a CSH endocrinologist, Dr. Jamie Feldman.

18. I now have my records from CSH. Where I quote from them below, they are consistent with my recollections.

**The Center for Sexual Health Told Me I Was Male**

19. Dr. Berg's notes from my first visit on May 16, 2012, show that I talked extensively about my crushes on girls and distressing romantic relationships with them. But, she wrote, "[d]ue to time constraints, [we] did not have the opportunity to discuss the meaning of the components of sexual identity (biological sex, gender identity, social role

[1] I believe CSH has since changed its name to the Eli Coleman Institute for Sexual and Gender Health.

and sexual orientation) in detail." (Emphasis in original.) Despite that, she concluded that I "clearly [met] the criteria for gender identity disorder."

20. On May 26, 2012, Dr. Berg met with my mother and me for several hours and asked us various questions about my life and mental health issues. She wrote that "this testing is encouraged as part of the requirements of the WPATH standards of care to receive hormone therapy."

21. Over several pages of notes, Dr. Berg did not mention my sexual orientation or internalized homophobia. I now think that was an oversight on her part, as confusion and discomfort with being a lesbian led me to identify as male.

22. Dr. Berg wrote in her notes on July 9, 2012, that my "current symptoms/status" included "distress related to stigma encountered due to gender identity[.]" This was how she often interpreted my psychological problems. She recorded the word "stigma" 22 times over two years.

23. My sessions with Dr. Berg rarely addressed my psychological issues other than wanting to transition. She explained why in her notes on September 6, 2012: "client continues to focus solely on timeline for hormones so [I] met the client where he [sic] is[.]"

24. That same day, Dr. Berg wrote that she "[e]ncouraged [me] to read the standards of care … as a way to gain insight into informed consent" for medical transition. I understood Dr. Berg to be referring to WPATH's "Standards of Care." I had learned about it from her either in individual therapy or group therapy (which she co-led). Based on Dr. Berg's guidance, I understood WPATH to be an official, authoritative medical organization.

**The Center for Sexual Health Prescribed Me Testosterone at 15**

25. Dr. Berg referred me to her endocrinologist colleague at CSH, Dr. Jamie Feldman in July of 2012. She prescribed me testosterone in October, after I turned 16.

26. Due to my mental health issues, I was prescribed a daily testosterone cream rather than weekly shots, in an attempt to reduce mood swings.

27. Initially, I was covered by state Medicaid and testosterone was not covered. As a result, instead of brand-name testosterone cream I obtained more affordable cream from compounding pharmacies. The quality and dosing was unreliable resulting in inconsistent results, but I was happy to be able to obtain it affordably. We wrote letters asking for testosterone to be covered, and there were changes to our coverage as my mother changed jobs. I am not sure why, but eventually my testosterone treatment was covered by insurance.

28. I had always had some facial hair due to genetics, and took this as a further sign that I was truly a boy. I consistently said I was male, and my providers affirmed and reinforced this as a medical fact.

29. In my youth/parent therapy group—which included girls as young as 13—providers told us that testosterone may cause a desire to have sex with men, even in those who previously had no attraction to men. I initially identified as a straight man (that is, a man attracted to women), but I felt pressure from this group and the online transgender community to not identify as straight.

30. Dr. Berg encouraged a “fluid” view of sexuality which meant, essentially, that everyone is bisexual.

31. At various points I identified to others as bisexual or even as a gay man. Despite adopting those sexual identities, even while taking testosterone I never experienced a sexual attraction to men.

32. There were some positive aspects of being on testosterone. The increased energy helped me get up for school in the morning and engage in social activities. I enjoyed the masculine physical changes, such as increased facial hair and deeper voice.

33. Largely, however, my health deteriorated while I was on testosterone. I began having vision issues and hallucinations. With the increased energy came increased anxiety and anger. I began having psychotic episodes for the first time, and attempted suicide several times. My providers did not attribute this deterioration to their treatment, and continued to encourage my medical transition.

**The Center for Sexual Health Referred Me for Breast Amputation at 16**

34. I had been binding my breasts for some time with bandages, and eventually got a real binder. I often wore it to sleep due to my own psychological discomfort with my body. I wanted to remove my breasts entirely. My providers supported this urge.

35. Although Dr. Berg and Dr. Feldman wrote letters authorizing my mastectomy, their employer, the University of Minnesota refused to perform the surgery on minors. So they referred me to a private plastic surgeon. I got the surgery when I was sixteen years old.

36. The process was extremely sudden. I had a consultation with the surgeon, Dr. Richard Tholen, in July of 2013 and scheduled the surgery for the following month. If the surgery had been postponed for a year, I do not know if I would have done it.

37. Dr. Tholen did not evaluate whether I needed the surgery. Instead he seemed to rely on the letters from Dr. Berg and Dr. Feldman, along with my mother's consent.

38. At the surgeon's office, I sat in a waiting room with women who I thought were there for cosmetic breast enhancements. When I met Dr. Tholen, he focused on the aesthetics of the procedure. He commented on my youthful and elastic skin. I felt objectified and uncomfortable.

39. Recovery was painful. I spent my seventeenth birthday at home, unable to move much. I was hunched over and could not straighten my back. I wondered if I would ever be able to walk normally. I felt like I had not had any choice but to get the surgery, and was cursed to be transgender and need such a painful intervention.

40. Insurance did not cover the $9,300 procedure, so my mother took out a loan to pay for it. A month before the surgery, in June 2013, Dr. Berg alluded to the tension over this in her notes: "Family Therapy to help [redacted] and his [sic] mother communicate more openly with each other about issues related to the feasibility of chest surgery during this summer given financial constraints[.]"

41. I later gave my mother $10,000 from my college fund as repayment for the mastectomy.

42. Dr. Feldman wrote in her notes in January 2014 that I "[h]ad top surgery" and there were "no complications."

43. Soon after that, I attempted suicide again.

**I Moved on from the Center for Sexual Health**

44. I stopped seeing Dr. Berg and Dr. Feldman because my primary care doctor was willing to continue the hormone therapy prescriptions.

45. No doctor ever suggested I stop using testosterone, even when I experienced acute psychiatric breakdowns and attempted suicide.

46. Over the following years, I continued to struggle with mental health issues, drug and alcohol abuse, self-harm, and I engaged in prostitution.

47. By 2020, when I was around 23 or 24, my conviction that I was a male had started to waver. I read and thought more about gender identity theory, and I saw that public figures were starting to question medical transitions. The online transgender community had become increasingly dominated by disturbing fetishism and attempts to convince people to identify as the opposite sex or nonbinary when they did not already.

48. I started to view myself as a woman living in a man's body. I met up with an old friend, a woman, and it felt like we were two girls having a sleepover. I was increasingly hesitant to put on testosterone gel. When I missed days, I sometimes experienced painful vaginal bleeding. I realized I needed to fully commit to living as a man, or stop testosterone treatment completely.

49. One day, I saw myself in the mirror and knew that I was a woman and that I wasn't going to live my life pretending to be a man. After that I stopped using testosterone.

50. My mental health improved soon after stopping testosterone. Within four to six weeks, my ability to process emotion was widened. Before, I had felt pent up, and my sadness was often expressed as anger. I cried once a year or less while on testosterone; since I stopped, I cry over happy and sad emotions.

51. I also became less irritable and more calm. That improved my relationship with my mother. It also helped that I was no longer contorting my life story to explain myself as a male – I could have more direct conversations.

52. I noticed my silhouette changed and became more feminine within a few months of stopping testosterone.

53. I lost the ability to scream normally when I started taking testosterone. I still cannot scream, and I have recurrent nightmares of not being able to scream when I need to.

54. I still grow facial hair, but it grows more slowly since I underwent 11 sessions of laser therapy. I plan to do about four to six more sessions when I can afford to. I paid about $440 for the last six sessions. The sessions are painful.

55. I experienced nerve pain and electrical sensations from the mastectomy, which continues to this day. I now wear prosthetic breasts, and the mild compression helps with my nerve pain while I am wearing them. I wear those or a sports bra when I am intimate with my girlfriend to modulate or buffer the raw nerves. With only a shirt on, or when my girlfriend lays on my bare chest, the pain is excruciating.

56. The "LGBTQ" community in [redacted] does not feel like it is for me, even though I am a lesbian, because those groups protest speakers like Chloe Cole, a detransitioner, and Kathleen Stock, a lesbian philosopher who questions "gender identity" theory.

57. Today I am comfortable with being a woman and a lesbian. I was never male.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2026.

[redacted]