# EXHIBIT 11

**DECLARATION OF GWEN TURECKI**
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in Canton, Michigan.
2. My teenage son was considered in some respects at school to be intellectually gifted. He had some transgender friends. When the COVID pandemic hit in 2020, my son's social life narrowed significantly.
3. In 2020, my son announced that he was transgender in a text message to me, with a picture attached showing him dressed like a girl. I took the initial message very seriously and started to research transgenderism in teenagers.
4. Later I started having conversations with my son of a similar nature, including information about "hormone replacement therapy" (i.e., cross-sex hormones), so I started researching and learning about gender dysphoria on my own. I have training and experience in Library and Information Science. I concluded that my son was experiencing some kind of mental discongruity.
5. A pediatrician referred my son to the Gender Services at the University of Michigan Mott Children's Hospital in Ann Arbor, Michigan. I made an appointment for my son for sometime in or around February 2024.
6. My son (who was then 16 years old), my then-partner, and I attended a three-hour session at the gender clinic. The first hour of the appointment was a group discussion with a social worker, me, my then-partner, and our son in one room. The second hour was conducted by the social worker alone with our son. The third hour was essentially a debriefing session with next steps, with all four of us meeting together.
7. During the first hour of the session, I soon had the sense that the social worker had predetermined recommendations for our son. The social worker explained that the purpose of the first session was to help our son align his body with his self-image. She cited the World Professional Association for Transgender Health ("WPATH") as the "standard of care." By the end of the session, the social worker diagnosed our son with "gender dysphoria" and "transsexualism."
8. The social worker's narrative did not seem to be based in biological reality, and it emphasized the need to change our son's physical characteristics without first genuinely considering any of his underlying emotional problems—such as the stress of experiencing puberty, his isolation during the COVID lockdown, or the social contagion

of transgenderism. For example, when I asked the reason for the recent 4,000% increase in the number of trans-identifying girls in the United Kingdom, the social worker told me that society has simply become more accepting of transgenderism, making it easier for adolescents to declare themselves to be what they really are—transgender.

9. During the third hour of the session, the social worker repeatedly told my son that there was something he needed to tell us. I thought that was an attempt to coerce my son into saying something the social worker coached him to say during the second hour, when the social worker was alone with my son. I changed the subject and asked the social worker directly for a recommendation of next steps for my son.

10. The social worker recommended that my son meet with an endocrinologist, Dr. Daniel Shumer at the University of Michigan. I refused. My ex-partner and I eventually separated over our disagreement.

11. For the three-hour session with the social worker, I paid approximately $600 out-of-pocket, after receiving an explanation of benefits from my health insurer.

12. The gender clinic referred us to PFLAG, an "LGBTQ+" organization, to meet other families.

13. My son never received cross-sex hormones because I would not allow it. My son never met with an endocrinologist because I refused to consent to treatment and would not agree to schedule the appointment.

14. A few months later, after the three-hour session at the gender clinic, I asked my son about his transgender identity and he responded, "that would be like putting lipstick on a pig." He then announced that he wanted to grow a mustache. Today he is 18 years old, exceptionally bright, and thriving. He identifies as male. He told me that "falling into the transgender cult was the stupidest thing I've ever done."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2026, 2026.

Gwen Turecki
Gwen Turecki (May 28, 2026 22:14:34 EDT)

Gwen Turecki