# EXHIBIT 14

**DECLARATION OF [redacted]**
**PURSUANT TO 28 U.S.C. § 1746**

I, [redacted] have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 18 years old and reside in [redacted] I work for a water treatment company.
2. My daughter, [redacted] is now 22 years old. When [redacted] was young, we fled from domestic violence. After that I raised her as a single mother.
3. When [redacted] was 13 or 14 years old, around 2017, a close female friend of hers started identifying as a boy. Then [redacted] began expressing confusion about her "gender identity."
4. Before this, [redacted] had been a confident and happy girl comfortable in her body. Afterward, I observed her become withdrawn, disheveled, and intent on hiding her body with oversized clothing.
5. [redacted] expressed a desire to use testosterone to develop a male body and voice.
6. I felt concerned about the treatment, including how it might affect her beautiful singing voice. The more I researched the side effects of testosterone, the more concerned I became.
7. Without my knowledge, [redacted] school began using a male name and male pronouns for her.
8. When [redacted] was in high school, approximately six to seven of her female friends identified as transgender, and at least four were on testosterone. [redacted] became increasingly preoccupied with "gender" and expressed suicidal ideation. She said that testosterone would make her feel better.

**A Pediatrician Told Me to Take My Daughter to a Gender Therapist**

9. [redacted] pediatrician at the time was Dr. Rebecca Frances Vickers of Arundel Pediatrics.
10. When [redacted] was 15, Dr. Vickers asked [redacted] what name and pronouns she preferred. I said I did not agree to using male pronouns. Dr. Vickers reacted by slamming down her tablet. She told me I needed to take [redacted] to a gender specialist. When I expressed reluctance, she said I was scared of what the gender specialist would tell me.
11. I told Dr. Vickers I wanted to try another approach to addressing [redacted] distress, like talk therapy, rather than have her put on testosterone. She insisted that I bring [redacted] to a

"gender therapist" off of a list she gave me, and she recommended I take her to an endocrinologist for possibly receiving a prescription for testosterone.

12. Dr. Vickers told me, "you'll feel guilty if she kills herself." [redacted] was present for this entire interaction.

**Most Providers Offered No Alternative to "Affirmation"**

13. I was determined to find [redacted] counseling from someone who would not automatically "affirm" [redacted] male identity, but rather explore the causes behind it.

14. I tried calling about ten therapist offices. Almost all the people who answered the phone told me that if my daughter said she was male, that meant she was my son. I asked them if their therapists would discuss with my daughter why she felt male, and these individuals told me no – if she says she is male, she is male.

15. To avoid taking [redacted] to Dr. Vickers again, I sought care at Bayside Pediatrics. During a consultation, a pediatrician told me the practice did not provide hormones or surgery, but he could refer [redacted] to transition clinics affiliated with Johns Hopkins University and the University of Maryland for the "full package" of hormones and surgeries, like mastectomy. When I asked about non-medical approaches, the pediatrician had no answer for me.

16. [redacted] also saw a nurse practitioner, Meghan Wellard, who advised us that chest binding could be done safely. Chest binding refers to flattening one's breasts with ace bandages or a rigid, restrictive medical device under one's shirt. I understood this was meant to "affirm" [redacted] male identity. Wellard provided no detailed guidance on how to bind safely.

17. [redacted] began binding around age 15 and continued for approximately five years. During that time, I noticed she experienced shortness of breath and difficulty participating in physical activity, like gym class. She also reported chest pain.

18. I wished [redacted] would stop binding but I let her do it because it seemed to make her less insistent on getting a mastectomy. Since we live near Baltimore and Washington, I worried she could access testosterone without my consent.

19. [redacted] was later diagnosed with premenstrual dysphoric disorder (PMDD), which is more severe than typical pre-menstrual syndrome. After beginning treatment around age 19, her mood improved significantly.

20. [redacted] has never used testosterone or undergone surgery. She now identifies as "nonbinary" (neither male nor female).

21. Prior to these events, I was not skeptical of medical transition. I identified as bisexual and had celebrated others' transitions. My views changed based on researching the risks and side effects of medical transition when my daughter sought it.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3 ____________, 2026.

[redacted]