# EXHIBIT 15

**DECLARATION OF EVELYN NEEL**
**Pursuant to 28 U.S.C. § 1746**

I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am a woman, over 18 years old, and reside near Bunnell, Florida.

2. I grew up in an abusive home in San Diego, California. My father was a violent alcoholic, and he physically and sexually abused me. When I was nine years old, I attempted suicide by hanging myself with a scarf in my room and continued to spiral downhill until early adulthood.

**Therapists Probed My "Gender Identity"**

3. At age 11 or 12, I was admitted to a residential treatment facility for emotionally troubled children. Several girls on my floor identified as boys or nonbinary. A psychiatrist for inpatients there told me that girls often develop issues with their "gender identity" after suffering trauma at a young age, and asked if I felt distress about being a girl. I had never thought that I might want to be a boy, but the psychiatrist's remark planted a seed in my head. I thought that if I were a boy, perhaps my father would stop sexually abusing me.

4. A few months after I was discharged from the residential treatment facility, I began identifying as a boy. I started going by "Evan" and he/him pronouns at home with my mom.

5. I started researching transgender identity online. I found Hillcrest Youth Center in San Diego, a drop-in recreational center for "LGBTQ" youth. I quickly developed friendships and become part of the group. But that lasted only until I reported a 19-year-old man within that group (who identified as female) for making unwanted advances toward me. The leaders took no action, I did not feel safe, and my friends shunned me for making the report. Having lost my support group, my mental health declined once again.

6. I was in and out of various facilities—mental facilities, residential centers, group homes, and partial hospitalizations—until I was around 16. During this time, I was cutting myself with scissors or pencil-sharpener blades. I also attempted suicide several times. I was put on Prozac and later Abilify for depression, which caused me to gain 40 pounds in only three months. Horrified by my weight gain, I developed anorexia. I went to another inpatient facility for eating disorders.

7. During or shortly after the 9th grade, I decided I wanted to start taking testosterone and wearing a chest binder (a rigid, restrictive garment in the shape of a sports bra) to affirm my male identity. I saw a therapist, Cristy Mereles. We mainly discussed issues like how I felt when my mom did not use male pronouns for me or how I felt when people looked at

me strangely for wearing male clothes. We hardly discussed my past trauma. After four or five visits, she referred me to a pediatrician, Dr. Rachel Gianfortune, who could prescribe testosterone.

8. Ms. Mereles told me and my mother that testosterone would help my mental health. She implied it was lifesaving for kids like me who struggled with suicidal ideation. She said cross-sex hormones helped kids with depression and mood issues, and a lot of kids with suicidal ideation feel a lot better once they start hormones.

9. My mother often raised questions but I viewed her as supportive of my decision. She told me recently that Ms. Mereles made her feel like the decision belonged only to me, and she as my mother could not say no.

10. I continued therapy with Ms. Mereles and another therapist throughout my medical transition. The therapy continued to focus on my male identity rather than other issues like my past trauma.

**Testosterone Made Me Intensely Irritable**

11. When I was 15 or 16, Dr. Gianfortune prescribed testosterone to me and instructed me how to dose and inject it. She prescribed me testosterone during my first appointment.

12. The injections were difficult. I experienced extreme burning sensations at the injection site.

13. Aside from the injection-site pain, initially I felt wonderful on testosterone—energetic and upbeat. I was very happy to finally be transitioning from female to male.

14. After about two months and four injections of testosterone, I began to notice physical changes. My voice shifted much lower in tone. Before I started testosterone, I was active in musical theater and was a singer with a soprano voice. After three months on testosterone, my voice was an octave lower. Singing became difficult because my prior training and experience were at a higher pitch. I did not worry about it at the time, but I had to move from musical theater to general theater. I never performed again as a singer.

15. I also had menopause-like symptoms, such as a paused period and hot flashes. Dr. Gianfortune did not mention hot flashes as a potential side effect of testosterone.

16. I became moody, angry, and aggressive while taking testosterone. I fought frequently with my mom and behaved irrationally about minor problems. For example, I kicked a hole in my bathroom door when she took away my phone. I was never an angry person before taking testosterone but rather passive and non-confrontational. On testosterone, I was angry most of the time. Dr. Gianfortune did not mention anger or aggression as a potential side effect of testosterone.

17. I asked Ms. Mereles about my mood swings, and she told me that experiencing emotional highs and lows was a normal reaction to testosterone.

18. The hair on my scalp started to thin dramatically.

19. Vaginal atrophy and “bottom growth” (clitoral enlargement caused by testosterone therapy) caused me significant pain. Wearing underwear that was not loose became very uncomfortable—which is still often the case today. Dr. Gianfortune did not mention vaginal atrophy and pain from “bottom growth” as a potential side effect of testosterone. (I knew that bottom growth would happen but did not realize it would be painful or irreversible.)

**Rady Children’s Health Amputated My Breasts**

20. Around age 16, I told Ms. Mereles I wanted a mastectomy. She reacted with enthusiasm and told me insurance would cover the costs. She was correct: Medi-Cal, California’s Medicaid program, covered everything—hormones and surgery. My mom never paid out of pocket.

21. My mom suggested breast-reduction surgery instead. Ms. Mereles told her, in my presence, that my mental health would suffer if I did not have a full mastectomy.

22. All I wanted at that point was to be seen as male. I was 16 so I was not concerned about having children someday. I was not romantically involved with anyone. I did not feel desirable. I was completely focused on becoming a man, which I thought I could achieve through medical transition, and I could not imagine changing my mind.

23. My mastectomy was performed at Rady Children’s Health, a hospital in San Diego, in May 2021 when I was 17. I trusted everyone at Rady. I had been a patient there before for mental health and other medical needs, and it is a huge hospital with an impressive building and strong reputation.

24. The Rady clinicians said that if I disliked the outcome, I could receive breast implants in the future. That claim turned out to be false. After I underwent the mastectomy, a doctor told me that I do not have enough healthy skin in that area for implants.

25. Throughout this time I was struggling emotionally and still self-harming.

26. After my surgery, I developed a serious infection where my breasts had been cut off. My chest was swollen, pus was entering my lungs, and I had to be admitted to an emergency room. I was in intensive care for two weeks. It was the most excruciating pain I have ever felt. My doctors said the infection could have been life-threatening had it not been caught in time.

27. During the recovery, I wore a compression binder around my chest because my doctors said my nipples could fall off if I did not.

28. After high school graduation, I moved to New York City because I wanted to attend fashion school. My mom came with me. We lived there for about a year and a half, until the end of 2021 or early 2022. I never enrolled in any school there. As soon as I got to New York, my mental health crashed. I started suffering more extreme side effects from the transition. My hair started thinning very badly. I often fell down while showering. Two of my ribs started flaring out, which I think was a result of wearing binders for years. I had terrible tightness in my chest near the mastectomy scars. My vaginal atrophy grew more painful.

29. I could not establish a supply of testosterone in New York, so I stopped using it. I also stopped therapy and all my psychiatric medications, because I could not afford any of it.

30. Soon my brain and thinking seemed to clear up. I started having second thoughts about transition and whether I wanted to continue. I met a new friend online who told me about detransitioning. He became my boyfriend.

31. I moved with my boyfriend to Florida and, just after my 19th birthday, started going by Evelyn and using she/her pronouns. I started reading more about detransitioners and soon realized that there are many people with stories similar to mine.

32. Doctors told me I would have trouble conceiving considering the damage testosterone did to my reproductive system. But two years ago I gave birth to a baby boy. I had to have a C-section because my cervix did not fully dilate, which a doctor told me could be a result of testosterone use. I wanted to breastfeed my son but could not because of the mastectomy.

33. Today I am 22 years old. I still have significant facial hair. I often feel a strange tingling numbness on my side. The skin on my chest is raw and hypersensitive to touch. I do not have erogenous sensation where my breasts used to be.

34. I regret using testosterone and undergoing mastectomy. I wish I had been able to breastfeed my son, and I wish I could still sing. I feel that my doctors and therapists misled me by failing to offer me other treatments for my distress and not informing me of the risks and side effects of medical transition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/09, 2026.

Evelyn Neel (Jun 9, 2026 21:03:06 EDT)

Evelyn Neel