**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION, ET AL.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., ET AL.,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 4:26-CV-00748-O** |

**<u>ORDER</u>**

Before the Court are the Parties' Joint Motion to Extend Deadline for Scheduling Conference (ECF No. 73), filed on August 24, 2026; and Plaintiff's Motion for Extension of Time and to Expand Page Limits (ECF No. 75), filed on August 25, 2026. Having considered the Motions, and finding good cause, the Motions are **GRANTED**. It is **ORDERED** that the Parties shall hold their scheduling conference on or before August 26, 2026.

It is further **ORDERED** that Defendants shall respond to Plaintiffs' First Amended Complaint by September 8, 2026 and shall have 50 pages in total to respond to Plaintiffs' First Amended Complaint. Accordingly, Defendants' Motions to Dismiss (ECF Nos. 52, 54) are **DENIED as moot**.

**SO ORDERED** on this **26th day** of **August, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE