**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, et al.,<br><br>*Defendants*. | Case No. 4:26-cv-00748-O |

**DEFENDANT WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), Defendant World Professional Association for Transgender Health, Inc. ("WPATH"), by and through undersigned counsel, respectfully file this Motion to Dismiss, or in the Alternative, Transfer ("Motion"), along with the accompanying brief, exhibits in support, and certificate of conference, asking this Court to dismiss the claims brought by Plaintiffs the Federal Trade Commission ("FTC") and the States of Alaska, Iowa, Nebraska, and Texas (collectively, "Plaintiffs").

**Summary**

Plaintiffs filed this Complaint for a Permanent Injunction and Other Relief, seeking to enjoin WPATH from publishing its Standards of Care Version 8 ("SOC-8") regarding transgender healthcare. The gravamen of Plaintiffs' Complaint is that WPATH has made "deceptive" statements

to consumers. However, the FTC identifies no such deceptive statements in its Complaint. That is because WPATH does not make statements to consumers at all. Rather, WPATH's SOC-8 articulates a professional consensus about the psychiatric, psychological, medical, and surgical management of transgender people." *WPATH*, 2026 WL 1257321, at *1.

**Basis for Motion**

This suit should not have been filed in the Northern District of Texas. Venue here is improper for several reasons. This District does not have personal jurisdiction over Defendant WPATH. Nor did the allegedly "deceptive" statements that Plaintiffs seek to enjoin occur in this District. Texas banned the type of healthcare at issue in this case in 2023. The real reason Plaintiffs chose this District was to avoid unfavorable rulings against the FTC in a separate case WPATH brought in the District of Columbia. That is improper. WPATH thus requests that this Court dismiss this action under Federal Rule of Civil Procedure 12(b)(2), 12(b)(3) and 28 U.S.C. § 1406(a), or, alternatively, transfer this action under either 28 U.S.C. § 1406(a) or § 1404(a).

**Compliance With Local Rules**

Contemporaneously with the filing of this Motion, WPATH has filed a brief and exhibit in support of the Motion, as well as a Certificate of Conference, in compliance with Local Rule 7.1.

**Relief Requested**

For the reasons stated therein, WPATH respectfully requests that the Court grant this Motion to Dismiss Plaintiffs' claims.

Dated: September 8, 2026

Respectfully Submitted,

*/s/ Sarah Cummings Stewart*

Sarah Cummings Stewart
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Tel: (469) 680-4200
Fax: (469) 680-4299
sarah.stewart@reedsmith.com

R. Jeffrey Layne
**REED SMITH LLP**
401 Congress Avenue, Suite 1800
Austin, TX 78701
Tel: (512) 623-1801
Fax: (512) 623-1802
jlayne@reedsmith.com

*/s/ Caleb Hayes-Deats**

Caleb Hayes-Deats*
Abbe David Lowell [DC Bar No. 358651]
Schuyler J. Standley*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

**Admitted Pro hac vice*

*Attorneys for Defendant WPATH*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1, the undersigned hereby certifies that Defendants and Plaintiffs conferred via videoconference regrading this Motion on August 25, 2026. For Plaintiffs, counsel Jonathan Cohen, Michael Dingman, Michelle Watchorn, David Bizar, Ross Vaughan, Eric Wessan, and Hans Clausen participated. For Defendants, counsel Sarah Cummings Stewart, Kristin Parker, Julia Ensor, Caleb Hayes-Deats, and Schuyler Standley participated. Following discussion of Defendants' bases for seeking the relief described herein, Plaintiffs indicated they remain opposed to the relief sought in this Motion.

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 8, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart