**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, et al.,<br><br>*Defendants*. | Case No. 4:26-cv-00748-O |

**UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO EXPAND PAGE LIMITS**

Defendant World Professional Association for Transgender Health, Inc. ("WPATH"), respectfully requests that the Court (1) extend by seven (7) days WPATH's deadline to file its reply briefs in support of its Motion to Dismiss (ECF 84, 85) and Motion to Dismiss or, in the Alternative, Transfer Venue (ECF 82, 83) (the "Motions") in response to the First Amended Complaint ("FAC") (ECF 70), and (2) expand the page limits applicable to WPATH's reply briefs from 20 to 30 pages across both briefs. Plaintiffs Federal Trade Commission ("FTC") and States Alaska, Iowa, Nebraska, and Texas (collectively, "Plaintiffs") consent to these requests.

Plaintiffs filed their original Complaint on June 17, 2026. On July 28, 2026, WPATH filed its Motion to Dismiss (ECF 52, 53) and Motion to Dismiss or, in the Alternative, Transfer Venue (ECF 54, 55). On August 18, 2026, Plaintiffs filed their responses to WPATH's Motion to Dismiss and Motion to Dismiss or, in the Alternative, Transfer Venue (ECF 71, 72) as well as a newly

Amended Complaint (ECF 70), which mooted WPATH's motions as to the original Complaint by raising new factual allegations and legal theories. On September 8, 2026, WPATH filed its Motions in response to the FAC. ECF 82, 83, 84, 85. On September 29, 2026, Plaintiffs filed their responses to those Motions. ECF 89, 90. WPATH is now preparing replies to the Motions. WPATH's current deadline to file its reply briefs in support of its Motions is October 13, 2026. WPATH respectfully requests that the Court extend its deadline to file the replies by 7 days, to October 20, 2026. WPATH also requests that the Court expand the page limits applicable to its reply briefing from 20 (10 per reply brief) to 30 pages collectively across the reply briefs in support of the Motions. Plaintiffs consent to both of these requests.

## CONCLUSION

For these reasons, WPATH respectfully requests that the Court grant its requests for (1) an extension of the deadline for it to file its reply briefs in support of its Motions by one week, from October 13, 2026 to October 20, 2026, and (2) an expansion of the page limits applicable to WPATH's reply briefs in support of its Motions from 20 (10 pages per Reply) to a total of 30 pages collectively across both replies.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart
**REED SMITH LLP**
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Tel: (469) 680-4200
Fax: (469) 680-4299

R. Jeffrey Layne
**REED SMITH LLP**
401 Congress Avenue, Suite 1800
Austin, TX 78701

Tel: (512) 623-1801
Fax: (512) 623-1802

Abbe David Lowell [Bar No. 358651]
Caleb Hayes-Deats [Bar No. 1643213]
Schuyler J. Standley (admitted pro hac vice)
**LOWELL & ASSOCIATES, PLLC**
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
CHayes-Deats@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for Defendant*

**CERTIFICATE OF CONFERENCE**

Defendants conferred with Plaintiffs FTC, Alaska, Iowa, Nebraska, and Texas via email on October 2, 2026 and October 5, 2026 regarding Defendants' Motion to Extend the Deadline and Expand Page Limits. Plaintiffs consent to all of the relief sought herein.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 5, 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served electronically on all counsel of record.

*/s/ Sarah Cummings Stewart*
Sarah Cummings Stewart