**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,<br><br>Defendants | Case No. 4:26-cv-00748-O |

**MOTION TO WITHDRAW GLENNA GOLDIS AS COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION**

Glenna Goldis files this *Motion to Withdraw Glenna Goldis as Counsel for Plaintiff FTC* (the "Motion"). For grounds in support of this Motion, she represents the following:

1. Glenna Goldis is no longer representing the FTC in this matter.
2. The FTC's lead counsel of record in this matter has been and will continue to be R. Cooper Vaughan. His contact information is:


Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: RVaughan@FTC.gov


3. The withdrawal of Glenna Goldis is not sought to delay nor prejudice this matter and will not delay or prejudice this matter.

For these reasons, good cause exists for this Motion, and Ms. Goldis respectfully requests that this Court grant her Motion and permit her withdrawal as an attorney in this case.

Dated: Oct. 6, 2026

Respectfully submitted,

*/s/ Glenna Goldis*
Glenna Goldis
*Assistant Director for Special Projects*
Admitted *pro hac vice*
NY Reg. 4868600

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: GGoldis@FTC.gov

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules 83.12 and 7.1, I contacted counsel for Defendant World Professional Association for Transgender Health, which did not express opposition to this motion.

*/s/ Glenna Goldis*
Glenna Goldis
Assistant Director for Special Projects

**CERTIFICATE OF SERVICE**

I, Glenna Goldis, hereby certify that on Oct. 6, 2026, I electronically filed this Motion with the Court using the CM/ECF system, which will automatically send copies to any attorney of record in the case.

*/s/ Glenna Goldis*
Glenna Goldis
Assistant Director for Special Projects