**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,<br><br>Defendants | Case No. 4:26-cv-00748-O |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW GLENNA GOLDIS AS COUNSEL FOR PLAINTIFF, THE FEDERAL TRADE COMMISSION**

Before this Court is the *Motion to Withdraw Glenna Goldis as Counsel for Plaintiff Federal Trade Commission* in the above-captioned proceeding. The Court has determined that the motion should be **GRANTED**.

IT IS HEREBY ORDERED that Glenna Goldis is withdrawn as counsel for Plaintiff Federal Trade Commission, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

SIGNED this ____ day of ________, 2026.

________________________________
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE