**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil No. 4:26-cv-00748-O |
| | ) | |
| WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**UNOPPOSED MOTION BY ALABAMA AND 16 OTHER STATES FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 7.2(b), the States of Alabama, Arkansas, Florida, Georgia, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, North Dakota, South Carolina, South Dakota, Tennessee, Utah, and West Virginia respectfully move for leave to file a brief as *amici curiae* in support of Plaintiffs' opposition to Defendant World Professional Association for Transgender Health's motion to dismiss (Doc. 90). This motion for leave is unopposed.

As the Court knows, 17 States and the District of Columbia filed an amicus brief in support of WPATH's initial motion to dismiss. *See* Doc. 68 ("Massachusetts Br."). The Massachusetts-led *amici* claim that Plaintiffs' lawsuit "threatens to undermine the states' role as the primary regulators of medicine." *Id.* at 1. The undersigned States have a different perspective.

As explained in the proposed brief, our States are very familiar with WPATH and the harm its deceptive and misleading trade practices have caused vulnerable families in our jurisdictions. When our States tried to regulate the "care" WPATH recommends and its members profit from, we were told—*by most of the Massachusetts-led* amici—that we were powerless to do so. *E.g.*, Amicus Br. of California, Massachusetts, et al., *Eknes-Tucker v. Governor of Ala.*, No. 22-11707

(11th Cir. filed Aug. 17, 2022), at 2. Now that the Supreme Court has upheld that authority, *see United States v. Skremtti*, 605 U.S. 495 (2025), the Massachusetts-led *amici* claim that other States are powerless to hold WPATH accountable for its misdeeds because policymakers in California and Colorado consider sex-change procedures for children to be "medically necessary." Massachusetts Br. 7. But while California and Colorado can apply their policy preferences within their own borders, they cannot apply them to Plaintiff States or veto their consumer-protection actions. The Tenth Amendment leaves plenty of room for different approaches to WPATH's deceptive and harmful trade practices.

Given these disagreements among States, it would be helpful for the Court to hear a different perspective on the "principles of federalism" the Massachusetts-led *amici* purport to rely on. Massachusetts Br. 2.

**CONCLUSION**

For these reasons, the Court should grant *amici curiae* leave to file the attached brief in support of Plaintiffs' opposition to WPATH's motion to dismiss.

Dated: October 6, 2026

Respectfully submitted,

*s/ C. Alan Carrillo*
C. Alan Carrillo
TX Bar No. 24109693
BROWN FOX PLLC
2699 Howell St., Suite 500
Dallas, TX 75204
(214) 327-5000
alan@brownfoxlaw.com

STEVE MARSHALL
*Attorney General*
A. Barrett Bowdre*
*Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Barrett.Bowdre@AlabamaAG.gov

**Pro hac vice application forthcoming*

*(Additional signatories listed below)*

**ADDITIONAL SIGNATORIES**

TIM GRIFFIN
Attorney General
State of Arkansas

JAMES UTHMEIER
Attorney General
State of Florida

CHRIS CARR
Attorney General
State of Georgia

RAÚL R. LABRADOR
Attorney General
State of Idaho

THEODORE E. ROKITA
Attorney General
State of Indiana

KRIS W. KOBACH
Attorney General
State of Kansas

RUSSELL COLEMAN
Attorney General
Commonwealth of Kentucky

LIZ MURRILL
Attorney General
State of Louisiana

LYNN FITCH
Attorney General
State of Mississippi

CATHERINE L. HANAWAY
Attorney General
State of Missouri

DREW WRIGLEY
Attorney General
State of North Dakota

ALAN WILSON
Attorney General
State of South Carolina

MARTY JACKLEY
Attorney General
State of South Dakota

JONATHAN SKRMETTI
Attorney General
State of Tennessee

DEREK BROWN
Attorney General
State of Utah

JOHN B. MCCUSKEY
Attorney General
State of West Virginia

## CERTIFICATE OF CONFERENCE

On September 28, 2026, Attorney Barrett Bowdre, counsel for the State of Alabama, contacted counsel for all parties notifying them of Alabama's intent to file an amicus brief with other States in support of Plaintiffs' opposition within seven days of Plaintiffs' response. That same day, counsel for all parties responded. Counsel for Plaintiffs consented (David Bizar for Texas, Eric Wessan for Iowa, Charles Gartland for Alaska, Erik Fern for Nebraska, and R. Cooper Vaughn for the FTC). Counsel for WPATH (Caleb Hayes-Deats) did "not oppose the motion to seek leave."

*s/ C. Alan Carrillo*
C. Alan Carrillo

## CERTIFICATE OF SERVICE

I certify that on October 6, 2026, I electronically filed this document using the Court's CM/ECF system, which will serve counsel of record.

*s/ C. Alan Carrillo*
C. Alan Carrillo