**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil No. 4:26-cv-00748-O |
| | ) | |
| WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the unopposed motion of the States of Alabama and 16 Other States for leave to file a brief as *amici curiae* in support of Plaintiffs' opposition to Defendant World Professional Association for Transgender Health's Motion to Dismiss (ECF No. 90).

**IT IS HEREBY ORDERED** that the unopposed motion is granted, and the amicus brief is accepted for filing.

**SO ORDERED** this __ day of ______, 2026.

______________________________________
**Reed O'Connor**
**CHIEF UNITED STATES DISTRICT JUDGE**