United States of America
FEDERAL TRADE COMMISSION
600 PENNSYLVANIA AVE. NW, HQ-462
WASHINGTON, DC 20580

Bureau of Consumer Protection
Assistant Director

**R. Cooper Vaughan**
**RVaughan@ftc.gov**

October 27, 2026

**VIA ELECTRONIC CASE FILING (ECF)**

Reed O'Connor
Chief United States District Judge
United States District Court
Northern District of Texas
501 West 10th St., Rm. 201
Fort Worth, TX 76102-3673

**Re: Notice of Motion to Compel Compliance with Rule 45 Subpoena in S.D.N.Y. and Requested Transfer to This Court**

Dear Chief Judge O'Connor:

Plaintiff the Federal Trade Commission writes to apprise the Court of a letter motion it has filed with the United States District Court for the Southern District of New York, attached here as Exhibit A. The FTC believes it imperative that Your Honor be made aware of this letter motion contemporaneously with its filing given that the letter motion seeks compliance with a subpoena issued by this Court under Rule 45 in this matter, and additionally seeks to transfer the dispute to this Court under Rule 45(f). Should the Southern District of New York transfer the matter, the FTC will promptly file a notice on this docket.

Very truly yours,

/s/ R. Cooper Vaughan

R. Cooper Vaughan
Assistant Director
Bureau of Consumer Protection
Federal Trade Commission
Virginia State Bar No. 92580