**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

FEDERAL TRADE COMMISSION, *et al.*,

Plaintiffs,

v.

WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, INC., a Texas corporation, *et al.*,

Defendants

Case No. 4:26-cv-00748-O

**NOTICE OF RULING IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**NOTICE OF RULING IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Plaintiff the Federal Trade Commission respectfully notifies this Court that on October 29, 2026, the United States District Court for the District of Columbia rejected WPATH's attempt in *World Pro. Ass'n for Transgender Health v. FTC*, No. 1:26-cv-0532 (D.D.C.) ("D.C. Action") to circumvent this enforcement action, granting the Federal Trade Commission's motion to dismiss. *See* Exhibit A (Order, D.C. Action ECF No. 68); Exhibit B (Memorandum Opinion, D.C. Action ECF No. 69).

As this Court is aware, on June 30, 2026, WPATH moved in the D.C. Action for a temporary restraining order and antisuit injunction "barring the FTC and anyone in active concert

with it from pursuing the Texas litigation." *See* ECF No. 34 at 7. In response, Plaintiffs the Federal Trade Commission, Texas, and Iowa moved this Court for a temporary restraining order and preliminary injunction to protect this Court's jurisdiction over the above-captioned matter. ECF Nos. 33, 34. On July 10, 2026, Chief Judge Boasberg denied WPATH's preliminary motions. *See* ECF No. 45, ¶ 4. Plaintiffs asked this Court to hold their preliminary injunction motion in abeyance in the event WPATH renewed its efforts to divest this Court of jurisdiction. *Id.* ¶ 5.

Because the D.C. Action was dismissed without prejudice, Ex. A ¶ 2, the Federal Trade Commission maintains Plaintiffs' request that this Court hold ECF No. 33 in abeyance, and will update this Court should WPATH attempt to revive the failed D.C. Action.

Dated: October 30, 2026

Respectfully submitted,

*Of Counsel*
Jonathan Cohen
*Acting Deputy Director*
District of Columbia Bar No. 483454*

Annie Chiang
*Deputy Director*
District of Columbia Bar No. 1723538**

*/s/ R. Cooper Vaughan*
R. Cooper Vaughan
*Assistant Director*
Virginia State Bar No. 92580
Michael Dingman
*Assistant Director*
District of Columbia Bar No. 90001474*
Hans Clausen
*Attorney*
Georgia Bar No. 153250*
Lauren Trujillo
*Attorney*
Colorado Bar No. 56846*

Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Avenue, NW
Washington, DC 20580
Fax: (214) 953-3079
E-mail: rvaughan@FTC.gov

*Admitted *pro hac vice*
***Pro hac vice* application pending