**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00748-O |
| | § | |
| WORLD PROFESSIONAL ASSOCIATION | § | |
| FOR TRANSGENDER HEALTH, INC., a | § | |
| Texas corporation, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY**

Before the Court is Defendants Motion to Stay Discovery. Having considered the Motion, the brief in support, the pleadings on file, and the applicable law, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore, **ORDERED** that discovery is hereby stayed pending resolution of the Motion to Dismiss (ECF 84-85) and Motion to Transfer (ECF 82-83). If both motions are denied, this stay will automatically be lifted fourteen days after the last of those motions to be decided.

SO ORDERED on this ___ day of _________________, 202_.

_________________________________
CHIEF DISTRICT JUDGE REED O'CONNOR